UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

DEBJIT RUDRA                                                                              Case no. 14-32872 RAM
                                                                                                         Chapter 7

   Debtor.

_____/

## EX-PARTE MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

VINCENT O'BRIEN and HILLENBRAND, O'BRIEN & SOLOMON, LLP, as counsel for Debtor DEBJIT RUDRA moves this Honorable Court for ex parte authorization to withdraw as attorney of record for Debtor, and in support thereof would show:

1. Debtor Debjit Rudra retained HILLENBRAND, O'BRIEN & SOLOMON, LLP to file his voluntary Chapter 7 bankruptcy case, which was filed on 10/14/14.

2. The retainer agreement entered into between the undersigned's law firm and the debtor specifically states that the "Attorney reserves the right to withdraw from Client representation if, among other things . . . Client fails to cooperate or follow advice on a material matter…"

3. At the meeting of creditors on November 21, 2014, Trustee Barry E. Mukamal requested that the debtor fill out and supply a Domestic Support Obligation Worksheet, as well as supply his Marital Settlement Agreement and the pleadings in his divorce, i.e. the Complaint and the Answer.

1

4. The meeting of creditors was continued to December 29, 2014; however, counsel was instructed to contact the Trustee's office a few days prior to the continued meeting to see if the meeting was going forward.

5. Undersigned counsel requested these documents from the Debtor promptly so as to supply all of the documentation requested by the Trustee in a timely manner, and thereafter made several attempts to obtain these documents from the Debtor.

6. Despite our repeated attempts to obtain these documents from Mr. Rudra, he has failed to comply with the Trustee's requests.

7. Instead, Mr. Rudra sent e-mails to the Trustee without our knowledge or approval, attaching documents that were not requested by the Trustee.

8. We have been unable to satisfactorily communicate with our client about this matter, and therefore we find it impossible to continue to represent the Debtor.

9. This Motion is filed in good faith, for the reasons set forth herein and for no other reasons.

10. All future communications should be sent directly to the Debtor as follows:

Debjit Rudra
16915 SW 94th Ct.
Palmetto Bay, FL 33157

WHEREFORE, Vincent O'Brien and HILLENBRAND, O'BRIEN & SOLOMON, LLP move this Honorable Court to enter an ExParte Order granting the Motion to Withdraw as Counsel for Debtor and to grant the Debtor twenty (20) days from the date of the order to secure substitute counsel, or if applicable to proceed Pro Se, and to stay all other action and deadlines in the interim.

Dated: December 4, 2014

        HILLENBRAND, O'BRIEN & SOLOMON, LLP

        Attorneys for Debtor
        8751 W. Broward Boulevard, Suite 106
        Fort Lauderdale, Florida 33324
        Telephone: (954) 652-0100
        Facsimile: (954) 652-0103
        E-mail: vobrien@ustransportlaw.com

        By:    s/Vincent O'Brien
                _____
                Vincent O'Brien
                Florida Bar No. 991430

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A); and that true and correct copies of the foregoing were filed and served electronically or by U.S. Mail on December 4, 2014 to the attached list.

        HILLENBRAND, O'BRIEN & SOLOMON, LLP

        Attorneys for Plaintiff
        8751 W. Broward Boulevard, Suite 106
        Fort Lauderdale, Florida 33324
        Telephone: (954) 652-0100
        Facsimile: (954) 652-0103
        E-mail: vobrien@ustransportlaw.com

        By:    s/Vincent O'Brien
                _____
                Vincent O'Brien
                Florida Bar No. 991430

SERVICE LIST

A. Norman Drucker, Esq.
801 NE 167 St. #308
N. Miami Beach, FL 33162

Cap One
ATTN: GENERAL CORRESPONDENCE
Po Box 30285
Salt Lake City, UT 84130

Capio Partners Llc
ATTN: BANKRUPTCY
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

Carlos A. Gil, PA
3910 West Flagler St.
Miami, FL 33134

Comcast Cable Company
Credit Protection Assoc
13355 Noel Rd Suite 2100
Dallas, TX 75240

Comnwlth Fin
245 Main Street
Scranton, PA 18519

Dr. Wade Silverman
1390 S. Dixie Hwy Ste 2102
Coral Gables, FL 33146

Dyer PI Associates
10300 SW 72 St. #142
Miami, FL 33173

Eldorado Frn
BANKRUPTCY
4137 121st St
Urbandale, IA 50323

Enhanced Recovery Co L
ATTENTION: CLIENT SERVICES
8014 Bayberry Rd
Jacksonville, FL 32256

Franklin Collection Sv
2978 W Jackson St
Tupelo, MS 38801

Jaguar Credit
Attn: Bankruptcy
PO BOX 680020
Franklin, TN 37068

Luis Gomez
10641 SW 108 Ave
Miami, FL 33176

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603

Mandira Rudra
8914 SW 108 PL
Miami, FL 33186

Mary Raymond Esq.
15321 S Dixie Hwy Ste 209
Miami, FL 33157

Midland Funding
8875 Aero Drive, #200
San Diego, CA 92123

Navy Federal Cr Union
820 Follin Lane
Vienna, VA 22180

Nco Fin/09
ATTENTION: BANKRUPTCY
507 Prudential Rd

Horsham, PA 19044

Raisa Perez
8261 SW 36 St
Miami, FL 33155

Remer & George-Pierre, PLLC
Court House Tower
44 West Flalger St. Ste 2200
Miami, FL 33130

Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216

Stuart H Abramson, Esq.
10300 Sunset Drive. Ste 319
Miami, FL 33173

Suntrust
P.O. Box 85024
Richmond, VA 23285

Suntrust Bk Miami Na
ATTN: BANKRUPTCY DEPT
Po Box 85092 Mc Va-wmrk-7952
Richmond, VA 23286

Syncb/city Furniture
Po Box 965036
Orlando, FL 32896

Tropical Financial Cu
3050 Corporate Way
Miramar, FL 33025

Vw Credit Inc
NATIONAL BANKRUPTCY SERVICES
9441 Lbj Freeway, Suite 250
Dallas, TX 75241

Wfhm
ATTN: BANKRUPTCY DEPT.(T7419-015)
Po Box 659558
San Antonio, TX 78265

World Omni F
Po Box 91614

Mobile, AL 36691


Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov