UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA www.flsb.uscourts.gov

R# 308480

Case No: 14-32872- RAM
Chapter: 7

In re: Debjit Rudra
　　　16915 SW 94th Ct
　　Palmetto Bay, FL 33157
　　　　　　Debtor　　　　/

## MOTION TO ReOPEN CHAPTER 7 CASE FOR DISCHARGE

I, Debjit Rudra am filing to re-open this case for discharge of all debt, by paying the filing fee and providing the Certification of Completion of Postpetition Instructional Course Concerning Personal Finance.

I also declare that I did not receive any notification of deficiency or additional requirements needed for discharge prior to its closing without discharged and hereby enclose the attachments as required for discharge.

Enclosures: Cert of Debtor Education 17082-FLS-DE025161148

Debjit Rudra
16915 SW 94th Ct
Palmetto Bay, Florida. 33157

March 19, 2015

786 930-0321