UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  DEBJIT RUDRA                              Case No.: 14-32872-RAM

                                                  Chapter   7
         Debtor.
_____/

## MOTION TO REOPEN BANKRUPTCY CASE
TO ADD OMMITED CREDITORS

COMES NOW DEBTOR, DEBJIT RUDRA, *pro se*, pursuant to 11 U.S.C. §350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure, hereby moves the Court for entry of an order reopening this bankruptcy case, and in support thereof states the following:

1. This case commenced on October 14, 2014 by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.  [D.E. 1]

2. The Meeting of Creditors was held on November 21, 2014. [D.E. 2]

3. The Chapter 7 Trustee filed a Report of No Distribution on January 15, 2015 [D.E. 26]

4. I received my discharge on April 6, 2015. [D.E. 32]

5. My bankruptcy case was closed on May 8, 2015.  [D.E. 35]

6. I inadvertently omitted some creditors from my Schedules and ask the court to reopen my case for the purpose of amending the petition to add the omitted prepetition creditors and to file an adversary complaint to determine its dischargeability pursuant to 11 U.S.C. § 523(a).

7. A motion to reopen a bankruptcy case is governed by 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010.  A case may be reopened in the court in which such

1

case was closed to administer assets, to accord relief to the debtor, or for other cause. *11 U.S.C. § 350(b)*. Motions to reopen are made for a variety of reasons, and they can be made by the debtor, the trustee, or any party in interest. The decision to reopen a closed bankruptcy case depends on the circumstances of the individual case, and is left to the court's discretion. While the decision to reopen remains within the broad discretion of the bankruptcy court, it must be tethered to the parameters of § 350(b), or it is an abuse of discretion. *In re Premier Benefit Capital Trust*, 2006 Bankr. LEXIS 1983 (Bankr.M.D.Fla., decided August 15, 2006).

WHEREFORE, I, DEBJIT RUDRA, *pro se*, respectfully request that the Court enter an order reopening this bankruptcy case so that I may add the omitted prepetition creditors and file an adversary complaint to determine dischargeability of the debt pursuant to 11 U.S.C. § 523(a).

Dated: July 15, 2015

                      Respectfully submitted,

                      DEBJIT RUDRA, *pro se*
                      16915 SW 94th CT.
                      Palmetto Bay, FL 33157
                      Telephone: (786) 370-1868

                      By: _____
                            Debjit Rudra

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed and served electronically or by U.S. Mail on July 15, 2015 to the parties listed on the attached service list.

                                          DEBJIT RUDRA, *pro se*
                                        16915 SW 94th CT.
                                        Palmetto Bay, FL 33157

By: _____
       Debjit Rudra

## SERVICE LIST

**Barry E Mukamal**
KapilaMukamal LLP
1 SE 3 Avenue Ste 2150
Box 158
Miami, FL 33131
786-517-5760
bemtrustee@kapilamukamal.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285
USTPRegion21.MM.ECF@usdoj.gov

4