United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 14-32872-RAM
Debjit Rudra                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1              User: riosa              Page 1 of 1              Date Rcvd: Jul 17, 2015
                                  Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2015.
db              +Debjit Rudra,    16915 SW 94th CT.,    Palmetto Bay, FL 33157-4428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2015 at the address(es) listed below:
        Barry E Mukamal    on behalf of Trustee Barry E Mukamal bemtrustee@kapilamukamal.com,
        FL64@ecfcbis.com
        Barry E Mukamal    bemtrustee@kapilamukamal.com,   FL64@ecfcbis.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                            TOTAL: 3



**ORDERED in the Southern District of Florida on July 16, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO.  14-32872-RAM |
| | CHAPTER   7 |
| DEBJIT RUDRA, | |
| Debtor. | |

**ORDER SETTING HEARING**

A Motion to Reopen Bankruptcy Case to Add Omitted Creditors ("Motion to Reopen to Add Omitted Creditors") [DE# 36] has been filed by Debtor, Debjit Rudra, pro se.  The Court has determined that this matter should be set for hearing.  Therefore, it is -

**ORDERED** as follows:

1. The Court will conduct a hearing on the Debtor's Motion to Reopen to Add Omitted Creditors on **August 18,2015,** at **10:00 a.m.,** at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.

2. The Debtor is directed to serve a copy of this Order on the additional creditors subject of the Debtor's Motion, and file a Certificate of Service with the Court.

###

COPIES TO:

Debjit Rudra
16915 SW 94th Court
Palmetto Bay, FL  33157

Barry E. Mukamal, Trustee

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2**