```
                         United States Bankruptcy Court
                          Southern District of Florida
In re:                                                      Case No. 14-32872-RAM
Debjit Rudra                                                Chapter 7
         Debtor
```
## CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: riosa                  Page 1 of 1                  Date Rcvd: Aug 19, 2015
                              Form ID: pdf004              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2015.
```
db            +Debjit Rudra,   16915 SW 94th CT.,   Palmetto Bay, FL 33157-4428
              +Jose Rossi and Ronald Uztariz,   c/o J.H. Zidell, P.A.,   300 71st Street, Suite 605,
                Miami Beach, FL 33141-3089
              +Leidy Ordonez and Natasha Mendez,   c/o David Chonin, Esq,   5820 Blue Lagoon Drive, Suite 125,
                Miami, FL 33126-2579
              +Patrick Ball,   9310 SW 57 Terr,   Miami, FL 33173-1537
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2015 at the address(es) listed below:
```
              Barry E Mukamal    on behalf of Trustee Barry E Mukamal bemtrustee@kapilamukamal.com,
               FL64@ecfcbis.com
              Barry E Mukamal    bemtrustee@kapilamukamal.com,  FL64@ecfcbis.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```



ORDERED in the Southern District of Florida on August 18, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                 Case No.    14-32872-RAM
                                                       Chapter     7
DEBJIT RUDRA,


_____Debtor._____/

**ORDER REOPENING CASE TO ADD OMITTED CREDITOR(S)**

The court conducted a hearing on August 18, 2015, on Debtor's Motion to Reopen Case [DE# 36] pursuant to 11 U.S.C. §350, Bankruptcy Rule 5010, and Local Rule 5010-1(B) and the court having considered the motion and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.     The Debtor's Motion to Reopen Case is granted.  No filing fee is required to be paid to the clerk unless the Debtor fails to file the required adversary complaint as required under paragraph 4 of this order.  No trustee shall be appointed.

2.     Within 14 days from the entry of this order, the debtor shall amend the schedules (and pay applicable amendment fee) to add the following names and addresses of the creditors previously omitted from the original schedules.  A supplemental matrix

of creditors as required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" must accompany the amended schedules.

    Jose Rossi and Ronald Uztariz
c/o J. H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL  33141

    Leidy Ordonez and Natasha Mendez
c/o David Chonin, Esq.
5280 Blue Lagoon Dr., Suite 125
Miami, FL  33126

    Patrick Ball
9310 SW 57th Terrace
Miami, FL  33173

    3.    The Debtor (or the Debtor's attorney) is directed to furnish a complete and correct copy of this order to all affected parties, including the added creditor and a copy of the clerk's notice of meeting of creditors must also be served on the creditor as required under Local Rule 1009-1(D).  A certificate of service must be filed as required under Local Rule 2002-1(F).

    4.    Within 14 days from the entry of this order, the Debtor shall file an adversary proceeding to determine whether the debt(s), subject to such amendment(s), are not dischargeable under 11 U.S.C. §523(a).

    5.    Upon the filing of the adversary case by the Debtor, or upon the Debtor's failure to comply with this order, the case will be reclosed by the clerk's office.

###

**Copies to:**

Debjit Rudra
169 S.W. 94th Court
Palmetto Bay, FL  33157
(and via email:  Devan@planetwatch.guru)

Jose Rossi and Ronald Uztariz
c/o J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL  33141

Leidy Ordonez and Natasha Mendez
c/o David Chonin, Esq.
5820 Blue Lagoon Drive, Suite 125
Miami, FL  33126

Patrick Ball
9310 SW 57th Terrace
Miami, FL  33173