Case No. 14-32872-RAM
Page 2

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:

DEBJIT RUDRA

Case No.: 14-32872-RAM
Chapter 7

_____Debtor._____/

ADV. NO.:

DEBJIT RUDRA,

Plaintiff,

vs.

JOSE L. ROSSI, RONALD UZTARIZ,
NATASHA MENDEZ, LEIDY ORDONEZ
PATRICK BALL, J.H. ZIDELL, P.A.
and LAW OFFICE OF DAVID CHONIN, P.A.

_____Defendants._____/

## AVESARIAL COMPLAINT TO DETERMINE DISCHARGEABILITY
## PURSUANT TO 11 U.S.C. §523{a)

DEBJIT RUDRA ("Plaintiff '), *pro se,* the debtor in the within bankruptcy

proceeding, and in support of this complaint to determine dischargeability against,

Defendants, JOSE L. ROSSI, RONALD UZTARIZ, NATASHA MENDEZ, LEIDY

ORDONEZ, PATRICK BALL, J.H. ZIDELL, P.A. and LAW OFFICE OF DAVID

CRONIN, P.A., alleges as follows:

## JURISDICTION AND BACKGROUND

1.    The within bankruptcy case was commenced on October 14, 2014 (the "Petition Date"), when the Plaintiff filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code, Bankruptcy Case No. 14-32872-RAM.

2.    Debtor obtained a discharge on April 6, 2015 and his case was closed on May 8, 2015.

3.    The Honorable Court has jurisdiction over this adversary    proceeding pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4.    This action is commenced pursuant to Fed. R. Bankr. P. 7001.

5.    This action is a core proceeding under 28 U.S.C. § 157(b)(2)(l).

## PARTIES

6.    Plaintiff, DEBJIT RUDRA, *pro se,* is the debtor in the within bankruptcy proceeding.

7.    Defendant, JOSE L. ROSSI, is an omitted pre-petition creditor of debtor and resides in Miami, Florida.

8.    Defendant, RONALD UZTARIZ, is an omitted pre-petition creditor of debtor and resides in Miami, Florida.

9.    Defendant, NATASHA MENDEZ, is an omitted pre-petition creditor of debtor and resides in Miami, Florida.

10.    Defendant, LEIDY ORDONEZ, is an omitted pre-petition creditor of debtor and resides in Miami, Florida.

11.    Defendant, PATRICK BALL, is an omitted pre-petition creditor of debtor and resides in Miami, Florida.

12.     Defendant, J .H. ZIDELL, P.A.. is an omitted pre-petition creditor of debtor and conducts business from an office in Miami Beach, Florida.

13.     Defendant, LAW OFFICE OF DAVID CHONIN, P.A., is an omitted pre-petition creditor of debtor and conducts business from an office in Miami, Florida.

## CLAIM FOR RELIEF

14.     Plaintiff refers to and incorporates herein by this reference each and every allegation set forth in paragraphs 1 through 13, above, as if fully set forth herein.

15.     At the time of the filing of debtor's petition. debtor was indebted to creditors in the amount of $94,151.06.

16.     The debt was and is unsecured, and is not subject to any of the exceptions to discharge under 11 USC §523(a).

17.     In the filing of his initial schedules. Plaintiff omitted Defendants in the initial schedules which were filed with the Court. The failure to do so was not intentional.

18.     There was no distribution to creditors.

19.     Discovering the omission of the debt from his schedules, Plaintiff filed a Motion to Reopen Bankruptcy Case on July __, 2015 [D.E.]; the Court entered an Order granting the Motion on July 15, 2015 [D.E].

20.     On August 31, 2015, Plaintiff amended his Summary of Schedules, Schedule F, and Creditor Matrix to include the Defendant's claim, pursuant to the Order Reopening Case to Add Omitted Creditor(s) [D.E].

## PRAYER FOR RELIEF
## AND SANCTIONS

WHEREFORE the Plaintiff, DEBJIT RUDRA, *pro se,* prays for judgment a n d
S a n c t i o n s  against the Defendants as follows:

(a) The afore-mentioned debts were incurred in the five year period under which debtor was

targeted as a *whistle-blowing* by the reporting of Public Corruptions and racketeering of

a South Dade County organized network of officers of the court and public servants,

whereby the creditors were awarded judgments in the operation of Fraud Courts and as

well vexatious litigants.

(b) The afore-mentioned defendants have continuously engaged in aggravated harassment

and bank garnishment of head of household funds, by obtaining privileged information

by means of wireless fraud, and plaintiff requests funds to be immediately released and

to "Cease and Desist" all harassment and wireless fraud.

(c) **The afore-mentioned defendant Patrick Ball**, a vexatious litigant has aggressively

harassed this plaintiff in retaliation by filing false accusations with Law Enforcement as

well engaged in mass social media character assassination / defamation, thereby

permanently forcing this plaintiff from ever finding employment in his profession or

rebuild business, and by vexatious litigation for over two years Patrick Ball has

prevented plaintiff from being able to rebuild business, and continues to willfully

disregarded Bankruptcy Automatic Stay.

(d) Declaring that the afore-mentioned debts are dischargeable and not subject to any

of the exceptions to discharge under 11 U.S.C. § 523(a);

(e) Discharging the debt pursuant to section 727 of Title 11, United States Code (the

Bankruptcy Code); and

(f) To release funds confiscated from my personal account

Case No. 14-32872-RAM

Page 6

(g) Providing all other relief and sanctions that the Court deems just and proper.

DATED: Sept 1, 2015

RESPECTFULLY SUBMITTED,

DEBJIT RUDRA, *pro se*
16915 SW 94th CT.
Palmetto Bay, FL 33157
Telephone: (786)930-0321

By: _____
Debjit Rudra

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served

electronically or by U.S. Mail on September 1, 2015 to the parties listed on the attached service

list.

DEBJIT RUDRA, *pro se*
16915 SW 94th CT.
Palmetto Bay, FL 33157
Telephone: (786)370-1868

By: _____
Debjit RudrA