UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

DEBJIT RUDRA                                    Case No.: 14-32872-RAM

                                               Chapter 7

                                               ~ADV. NO.: 15-1585 RAM~ $e_r$

_____Debtor._____/

DEBJIT RUDRA,

        Plaintiff,

vs.

JOSE L. ROSSI, RONALD UZTARIZ, NATASHA
MENDEZ, LEIDY ORDONEZ, PATRICK BALL,
J.H. ZIDELL, P.A. and LAW OFFICE OF DAVID
CHONIN, P.A.

_____Defendants._____/



$\mathcal{E}$ MERGENCY MOTION.

## MOTION TO STRIKE LITIGATORS MOTIONS FOR FRAUD FILIN CONSPIRACY FOR ECONOMIC ESPIONAGE AND AGGRAVATED HARRASSMENT

**DEBJIT RUDRA** ("Debtor/Plaintiff"), *pro se*, the debtor in the within bankruptcy proceeding, and in support of the this motion to strike all defendants motions as represented by JH Zidell, David Chonin, Daniel Feld, Patrick Ball, Steven Fraser, Natasha Mendez, and Leidy Ordonez for debt incurred to this defendant as a result of a RICO conspiracy coordinated by Janet Lewis Esq, of the MDPD Police Legal Bureau, for Insufficient Notice and with STATEMENT of FACTs listed as follows:

1. That this debtor a once financially successful USN Veteran and Healthcare Forensics Logistics Consultant for over 30 years, was targeted for **"NOT LOOKING THE OTHER WAY,** and in Retaliation by the Palmetto Bay Dade-County On-Line Cyber Mafia, for not paying the County **Protection Money of $4,000.00 monthly**.

2. That all retaliatory litigation beginning from 2009 was a conspiracy recruitment of litigators, by several County Officials and Officers of the Court to launch a RICO, Kidnapping, "Murder for Hire" conspiracy under the Military Command of Janet Lewis, the MDPD General Counsel and co-conspirers in an all-out RICO conspiracy.

3. That these racketeering network recruited fictitious and fraud litigants and payment to Judges to render bad decisions and technical defaults in the Federal, Circuit, Criminal and State Courts in the Dade County Jurisdiction, therefore forcing this defendant into bankruptcy.

4. That the Eleventh Circuit Judicial Court served as the hub for this network, while the Clerk of Courts and Judicial Assistants served to withhold court notices until a few days before or after

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

date set for hearings, and the Palmetto Bay Village, under Commander Greg Truitt at all times kept an illegal Electronic Crimes Task-Force, supported by perjured reports in order to facilitate a 24/7 Electronic Harassment, character assassination, Eaves-dropping, and breach of all privileged legal information, not limited to Court Proceedings and Banking Information, as needed to sabotage this defendant.

5. That these defendants have engaged in litigation and either recruited litigants and obtained technical default judgements by FRAUD on COURT, or Vexatious Litigants such as Patrick Ball, to abuse the Court Systems to emotionally abuse this debtor by continuous **Aggravated Harassment.**

6. That Janet Lewis, an Officer of the Court with strong influence in the Legal Community in Conspiracy with the Clerk of Courts, have **Denied this defendant police assistance and legal counsel** by active Stonewalling and maintaining a Blue Wall of Silence.

7. That NONE of the recruited plaintiffs of alleged debt were ever paid.

8. That Notice was sent by US Mail to Zidell, but this debtor, a pro-se, did not understand that rule to obtain certificate of service by filing proof in courts.

9. That Patrick Ball knew at all times about the Bankruptcy, but violated automatic stay throughout the proceeding, by holding voluminous motions in civil court.

10. That Zidell had once collected from this defendant by garnishing Clean Image of Miami, and thereby forcing it to close down in 2012.

11. That Zidell was inadvertently omitted from creditor matrix because Litigatin was against Clean Image and not Debjit Rudra personally, and therefore

12. That Zidell did not have debtor's current banking information, but by illegally obtaining banking information, coincidently garnished all funds from personal account immediately after Discharge was awarded.

13. That Zidell employees numerous staff to file and confuse this pro-se defendant with voluminous demands and interrogatories.

14. That Zidell is dishonest and motions are plagued with Factual Inaccuracies.

15. That Zidell, Patrick Ball and remaining defendants FRAUDULENTLY OBTAINED NOTICE OF HEARING Dates in advance of filing motions.

16. That Zidell did not give this debtor sufficient time to prepare for MOTION by manipulating FRAUD Notice of Service and Filing Motion.

17. That Patrick Ball did NOT file Notice of Hearing and insufficient notice to respond to Fraud Motion.

## FRAUD FILING OF MOTION AND SERVICE BY ZIDEL AND CHONIN

18. That Zidell by FRAUD Manipulation of Courts obtained a Notice of Hearing Date on September 9, 2015, prior to filing motion, but did not send Notice to debtor.

19. That Zidell filed and Certified Service of Motion on September 10, 2015. But did not check availability of this debtor or send motion.

20. That Zidell then exercised same pattern of mail fraud and held Motion and Notice of Hearing to debtor on September 22, 2015, forcing debtor to make emergency changes in schedule and no time to adequately prepare in a legally correct format.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

## REPEATED FRAUD ON COURT BY PATRICK BALL IN TAMPERIING WITH COURT REPORTER AND CONTINUOUS AGGRAVATED HARRASMENT

21. That Patrick Ball filed a Motion on September 25, 2015 and No Notice of Hearing, again leaving debtor sufficient time to prepare a legally accurate response
22. That Patrick Ball violated Bankruptcy Automatic Stay for an entire year during bankruptcy and then obtained FRAUD ORDER by Forcing hearing, during the style set to dismiss case
23. That Patrick Ball, aided by Janet Lewis MDPD and his Law-Firm Mitz Trupman engaged is same pattern of racketeering in the alteration of Transcripts and tampering with Court Reporter of FRAUDULENTLY OBTAINED COURT order.

Wherefore this defendant respectfully requests this Judge to see the unconstitutional abuse of the United States Courts by Renegade Officers of the Courts and the legal system having unclean hands, to serve as a racketeering hub for white collar crimes against the Citizens of the United States. Defendant respectfully requests this Judge to proceed in adversary claims against the Litigating Representatives, for racketeering and NOT those represented by counsel and being taken advantage of.

### EXHIBITS

A. Notice of FRUAD on COURT PATRICK BALL – PATTERN OF TAMPERING WITH COURT TRANSCRIPTS and Altered Court Transcriptions
B. EMAIL THREAD FOR PERMISSION OF MDPD JANET LEWIS to allow Court Reporting agency to VALID transcription of Court Proceedings
C. Email Thread of apology from Court Reporting Agency
D. Corrected and Valid Court Transcripts of Patrick Ball's FRAUD COURT motion order.
E. May 5, 2015 email to Zidell for release of Head of Household Funds, illegally frozen without notice
F. **October 7, 2015 Pattern of Aggravated Harassment and Court Abuse by Patrick Ball.**
G. September 22, 2015:   Zidell's envelope of Notice and Motion
H. September 10, 2015:   Zidell's Motion filed
I. September 09, 2015:   Zidel obtained Notice of Hearing prior to filing motion and checking availability.

RESPECTFULLY SUBMITTED

DEBJIT RUDRA, *Pro se*
16915 SW 94th Court
Miami, Florida. 33157
786 930-0321

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing was emailed and served electronically to all parties email addresses as provided to debtor on Motions served, and to be filed in the Courts on October 8, 2010 as directed by Judicial Assistant prior to Hearing.

By:_____

DEBJIT RUDRA

*Exhibit A*

**Devan**

| | |
|---|---|
| **From:** | Devan <Devan@planetwatch.guru> |
| **Sent:** | Tuesday, 6 October, 2015 5:58 PM |
| **To:** | 'Patrick@mintztruppman.com'; 'Patrick Ball'; 'Zabogado@aol.com'; 'davidchonin@yahoo.com'; 'nofbky@gmail.com' |
| **Cc:** | 'Devan' |
| **Subject:** | Notice of Service on Pre Trial Date and Correspondence of Tampering with Court Notices in FRAUD Case # 15-01585-RAM |
| **Attachments:** | USBC Notice of PreTrial Date.pdf; USBC Summons.pdf |

Please find this as Official Notice of Service for Pre-Trial Date for USBC   Case # 15-01585-RAM.

Additionally, I am noting that in all cases, pertaining to the HARRASSMENT in the Collection of FRAUD Litigation, there has and continues to be the following consistent practice of RACKETEERING and FRAUD COURT in RICO conspiracy with the MDPD Police Legal Bureau Commander Janet Lewis, Dade-County Attorney, Palmetto Bay Village Counsel, Former MDPD Homicide Detective Ramesh Nyberg, Judge Scott Bernstein, Mary Raymond and Mandira Bose, which include but not limited to the following:

1    Frivolous or Vexititious Litigation
2    Obtaining Technical Awards by Technical Defaults in the following manner:
   a.  Perjury and Lying under Oath by litigants.
   b.  Withholding of Court Notices at the Clerk of Courts in Civil, County and Federal Courts of Dade-County
   c.  Filing motions, notices and hold hearings without serving this defendant.
   d.  Tampering with the Court Reporters
   e.  Altering of, and Omissions of FACT in Court Transcripts
   f.  Bypassing Blind Selection Process to appoint Judge whose campaign funded by law-firm
   g.  Relations, Communications and or bribery with the Judicial Assistants
   h.  Bribery of Presiding Judge to Operate FRAUD COURT
   i.  Bank Fraud by Cyber-Crimes etc, having privileged information and Garnishing Head of Household Accounts.
   j.  Tortious Interference with Client and CPA, attempting to obtain Signatures on FRAUD IRS Returns AND CONTRACTS.
   k.  Denial of Legal Representation by Stonewalling and "Blue Wall of Silence"

All of the above, with the exception of one condition pertain to those attending Bankruptcy Court Hearing.



1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 14-24652-CA-01

PATRICK K. BALL
    Plaintiff,

Vs.

DEBJIT RUDRA
    Defendant.

_____/

## MOTION TO HEAR FRAUD ON THE COURT MDPD JANET LEWIS IN CONSPIRACY WITH PATRICK BALL ON UNSCHEDULED HEARING AND TAMPERING WITH TRANSCRIPTS

### PRELIMINARY STATEMENT

DEFENDANT Debjit Rudra is a pro-se defendant, having been targeted by Dade-County's On-Line Cyber Mafia in a retaliatory RICO, kidnapping, "Murder for Hire" Conspiracy since 2005, and this frivolous lawsuit filed by this vexatious plaintiff for unjust enrichment and aggravated harassment in a conspiracy to distract defendant from rebuilding his career and finances. That plaintiff does not state the minimum prima facie requirements to establish defendant as a party to plaintiffs claim. Plaintiff is a vexatious litigant and in accordance with **Fla Statute 455.227** practices law without a license, and with the conspiring Lead Coordinator MDPD Janet Lewis's support, defendant has been denied Legal Counsel. All hearings orders are controlled or have been pre-arranged unfavorable orders by this and other litigants engage in FRAUD COURT.

That Debjit Rudra is a **Pro-Se defendant** and requests this court consideration in any technical inaccuracy or language errors present in this motion, which in context will establish the Material Fact as to the irrefutable proof that the Hearing of September 15, 2015, that Patrick Ball muscled his way into an unscheduled hearing and obtained a Fraud Order by deception and the aide of MDPD Janet Lewis's tampering with the Court Reporter.

### STATEMENT OF FACTS

1. Plaintiff with the Assistance of his Law-Firm and Janet Lewis esq, General Counsel and Racketeering Coordinator of Law-Enforcement and Electronic Cyber Crimes, has repeatedly conducted and obtained FRAUD COURT orders, causing this defendant, over 2 years of financial drain, emotional abuse, Social Media Assassination of Character and harassment.
2. Plaintiff tampers with Clerk of Courts and Judicial Assistants to coordinate orders, in the absence and with the knowledge of defendant.
3. Plaintiff obtains hearings first and later files paperwork, as in the September 15, 2015 FRAUD COURT Amended Order, which was NEVER SCHEDULED, but heard on Defendants Scheduled Notice of Hearing to Discharge Vexititious Litigation..

4. That Plaintiff Obtained Order, by lying, deception and Tampering with Court Transcripts to Alter and Omit Material Fact.

### EXHIBITS ATTACHED

A. **FRAUD COURT ALTERATION OF TRANSCRIPTS**, standard pattern of RICO tampering with Court Reporting Agency or Reporter.   Initial Fraud Transcription

B. **Email Thread Ending October 2, 5:24am** to Verbatim Court Reporting Agency and MDPD Police Legal Bureau General Counsel, in regards to Tampered Transcripts.  Requesting Permission to Janet Lewis to allow Transcriber to Release UN-ALTERED Transcripts providing Evidence of Fraud on Court by Patrick Ball.

C. **Email Thread Ending October 2, 10:32am** from Verbatim Court Reporting Agency Apology after all copied, requesting Janet Lewis of the MDPD to GIVE NON-RETALIATORY permission to release VALID transcript of Fraud hearing of Unscheduled Style on Calendar to obtain Order to Appeal.

D. **VERBATIM COURT SUPPORT SERVICES,** release of Valid Court Transcripts, demonstrating Fraud by Patrick Ball in hearing motion not scheduled, and denying Motion To Dismiss as scheduled.

**WHEREFORE,** by the above Statement of Facts, This defendant respectfully request that this Court to order this court that plaintiff Patrick Ball, rescind and null the order granting Patrick Ball to appeal, and Award this defendant sanctions and punitive damages as wherein requested in defendant's Motion To Dismiss, NOT heard, due to this plaintiffs misconduct and improper abuse of this court to obtain FRAUD rulings by deceptive practices.

Furthermore this defendant asks this court that in order to avoid a RICO litigation, that this court orders plaintiff Patrick Ball to immediately remove all postings on the social media such as Rip Off Report, and award punitive damages, attorney's fees and costs associated with plaintiffs Vexititious litigations and further sanctions as this court deems proper.

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically served on this 6th day of October, 2015 via the Florida Court's E-Filing Portal to Patrick K. Ball, gator1nole@att.net , located at 9310 SW 57th Terrace Miami. FL 33173.

Respectfully Submitted

*Debjit Rudra*
Debjit Rudra
15715 South Dixie Highway,  Ste. 403
Miami, Florida 33157
Devan@planetwatch.guru
305 930-0321

Page 1

IN THE CIRCUIT COURT OF THE 11TH

JUDICIAL CIRCUIT IN AND FOR

MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISON

CASE NO.: 14-24652CA01

PATRICK K. BALL,

     Plaintiff,

 vs.

GENESIS OUTSOURCING SOLOUTIONS,

LLC, a Florida corporation; and DEBJIT RUDRA,

both individually and in his corporate

Capacity;

     Defendant.

_____/

PROCEEDING HAD BEFORE THE

HONORABLE JUDGE CUETO

73 WEST FLAGLER STREET

MIAMI, FLORIDA

TUESDAY, SEPTEMBER 15, 2015

9:15 A.M. - 9:30 A.M.

```
 1 | APPEARANCES:
 2 |         PRO SE
 3 |         (BY PATRICK K. BALL)
 4 |         On behalf of the Plaintiff.
 5 |
 6 |         PRO SE
 7 |         (BY DAVID (DEBJIT) RUDRA)
 8 |         15715 Dixie Highway
 9 |         Miami, Florida 33157
10 |         On behalf of the Defendants.
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
```

Page 3

1  WHEREUPON:

2              MR. BALL:  Good morning, Your Honor.

3              THE COURT:  Good Morning.

4              MR. BALL:  Your Honor, we are here on a motion to

5  amend.

6              THE COURT:  You're the plaintiff or defendant?

7              MR. BALL:  I'm the plaintiff, Judge.

8              THE COURT:  You want to amend the complaint?

9              MR. BALL:  No.  I want to amend the motion for

10  summary judgment order in accordance with the 3rd DCA

11  ruling so that I can go ahead --

12              THE COURT:  I don't know what the ruling is.  Why

13  don't you run through it, refresh my recollection.

14              MR. BALL:  You are the third judge on this case.

15              THE COURT:  Unfortunately so.

16              MR. BALL:  Yes.  Prior to this there was a motion

17  for summary judgment by the corporate defendant.  It was

18  granted.  The motion specifically requested that --

19              THE COURT:  What does the 3rd DCA say?

20              MR. BALL:  The 3rd DCA said that in order to go

21  forward with my appeal, there must be some finality --

22              THE COURT:  You have it on some -- you have to

23  have it on an order.

24              MR. BALL:  Excuse me?

25              THE COURT:  You have to have an order.

APEX REPORTING GROUP

Page 4

```
 1          MR. BALL:  Yes.  I need to have an order with the
 2   word "finality" on it.  I have an amended order, a
 3   proposed amended order.
 4          THE COURT:  Do you have any objection to this?
 5          MR RUDRA:  I'm not -- well, one of the problems I
 6   have with Genesis, we don't necessarily opposed having a
 7   final judgment in favor of Genesis.  The problem is the
 8   plaintiff filed defamation pro se case against Genesis
 9   and/or Mr. Ball  individually, involving the same parties,
10   the same allegations, and the facts are so --
11          THE COURT:  I thought you have a damage versus.
12          Is this your case?
13          MR. BALL:  No, it's just Patrick Ball versus --
14          THE COURT:  What I have is your number one.
15          MR RUDRA:  14.
16          MR. BALL:  They told me 14 when I came, Your
17   Honor.
18          MR RUDRA:  They told me 14 also.
19          THE COURT:  Okay.  So who are you -- who do you
20   represent?
21          MR. WENDALL:  My name is Wendall.  I represent
22   Genesis, the corporate defendant.
23          THE COURT:  Genesis, is that one of main
24   defendants?
25          MR RUDRA:  Yes, it is.
```

Page 5

```
 1          MR. BALL: Yes, it is.
 2          THE COURT: Okay. It's not on my -- I don't know
 3   who did this, but it's not in my summary style. So it's
 4   -- that must be him, and Genesis.
 5          MR. BALL: I have the notice of hearing.
 6          THE COURT: I believe you. I just don't have it
 7   on my style. The syle of the motion on the notice of
 8   hearing is not clear.
 9          MR RUDRA: If I can give you a background, Your
10   Honor.
11          THE COURT: Who was the summary judgment entered
12   against?
13          MR. BALL: It was entered against me. It was
14   entered in favor of Genesis.
15          THE COURT: So I can enter a judgment against him
16   and in your favor. So just give you the judgment and
17   towards as to your client only.
18          MR RUDRA: Yes.
19          MR. BALL: That's all I'm requesting, Judge.
20          THE COURT: That's all I'm asking. That's what
21   I'm saying.
22          MR RUDRA: We weren't opposed to that. The issue
23   was more so involving the fact that because it involved
24   the same underlying facts and the same people involved
25   that a piece mill --
```

Page 6

1          THE COURT:    I'm going to enter a judgment against

2    him, in your favor.  He can still -- as long as it says

3    that it's only against -- it's only in favor of your

4    client, not anybody else.

5          All right.  Step aside and just give me a moment.

6    I'll give you the judgment.

7                    (PRO.CEEDING ENDED AT 9:30 A.M.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

APEX REPORTING GROUP

Page 7

1
CERTIFICATE OF REPORTER
2
STATE OF FLORIDA
3
COUNTY OF DADE
4
    I, KIMBERLY WILLIAMS, Court Reporter, do hereby
5
certify that the foregoing deposition was taken before
6
me at the time and place therein designated; that my
7
shorthand notes were thereafter transcribed into this
8
computer-assisted transcript under my supervision; and
9
the foregoing pages constitutes a true and correct
10
record of the testimony given by the Deponent.
11
    I FURTHER CERTIFY that I am not a relative,
12
employee, attorney or counsel of the parties, nor
13
financially interested in the foregoing notice.
14
    DATED this 27th day of September, 2015.
15
16
17
                            Kimberly Williams
18
                            KIMBERLY WILLIAMS
19
20
21
22
23
24
25

APEX REPORTING GROUP

**A**

A.M (3) 1:25,25 6:7
ahead (1) 3:11
allegations (1) 4:10
amend (3) 3:5,8,9
amended (2) 4:2,3
and/or (1) 4:9
anybody (1) 6:4
appeal (1) 3:21
APPEARANCES (1) 2:1
aside (1) 6:5
asking (1) 5:20
attorney (1) 7:12

**B**

background (1) 5:9
Ball (19) 1:7 2:3 3:2,4 3:7,9,14,16,20,24 4:1,9,13,13,16 5:1,5 5:13,19
behalf (2) 2:4,10
believe (1) 5:6

**C**

Capacity (1) 1:13
case (4) 1:5 3:14 4:8 4:12
CERTIFICATE (1) 7:1
certify (2) 7:5,11
CIRCUIT (2) 1:1,2
clear (1) 5:8
client (2) 5:17 6:4
complaint (1) 3:8
computer-assisted (... 7:8
constitutes (1) 7:9
corporate (3) 1:12 3:17 4:22
corporation (1) 1:11
correct (1) 7:9
counsel (1) 7:12
COUNTY (2) 1:3 7:3
Court (21) 1:1 3:3,6,8 3:12,15,19,22,25 4:4,11,14,19,23 5:2 5:6,11,15,20 6:1 7:4
CUETO (1) 1:19

**D**

DADE (1) 7:3
damage (1) 4:11
DATED (1) 7:14
DAVID (1) 2:7
day (1) 7:14
DCA (3) 3:10,19,20
DEBJIT (2) 1:11 2:7
defamation (1) 4:8
defendant (4) 1:14 3:6,17 4:22
defendants (2) 2:10 4:24

Deponent (1) 7:10
deposition (1) 7:5
designated (1) 7:6
DIVISON (1) 1:4
Dixie (1) 2:8

**E**

employee (1) 7:12
ENDED (1) 6:7
enter (2) 5:15 6:1
entered (3) 5:11,13 5:14
Excuse (1) 3:24

**F**

fact (1) 5:23
facts (2) 4:10 5:24
favor (5) 4:7 5:14,16 6:2,3
filed (1) 4:8
final (1) 4:7
finality (2) 3:21 4:2
financially (1) 7:13
FLAGLER (1) 1:21
Florida (5) 1:3,11,22 2:9 7:2
foregoing (3) 7:5,9,13
forward (1) 3:21
FURTHER (1) 7:11

**G**

GENERAL (1) 1:4
Genesis (8) 1:10 4:6,7 4:8,22,23 5:4,14
give (4) 5:9,16 6:5,6
given (1) 7:10
go (2) 3:11,20
going (1) 6:1
Good (2) 3:2,3
granted (1) 3:18

**H**

hearing (2) 5:5,8
Highway (1) 2:8
Honor (4) 3:2,4 4:17 5:10
HONORABLE (1) 1:19

**I**

individually (2) 1:12 4:9
interested (1) 7:13
involved (2) 5:23,24
involving (2) 4:9 5:23
issue (1) 5:22

**J**

judge (4) 1:19 3:7,14 5:19
judgment (8) 3:10,17 4:7 5:11,15,16 6:1 6:6
JUDICIAL (1) 1:2

**JURISDICTION (1)** 1:4

**K**

K (2) 1:7 2:3
KIMBERLY (2) 7:4 7:18
know (2) 3:12 5:2

**L**

LLC,a (1) 1:11
long (1) 6:2

**M**

main (1) 4:23
Miami (2) 1:22 2:9
MIAMI-DADE (1) 1:3
mill (1) 5:25
moment (1) 6:5
morning (2) 3:2,3
motion (5) 3:4,9,16 3:18 5:7

**N**

name (1) 4:21
necessarily (1) 4:6
need (1) 4:1
notes (1) 7:7
notice (3) 5:5,7 7:13
number (1) 4:14

**O**

objection (1) 4:4
Okay (2) 4:19 5:2
opposed (2) 4:6 5:22
order (7) 3:10,20,23 3:25 4:1,2,3
OUTSOURCING (1) 1:10

**P**

pages (1) 7:9
parties (2) 4:9 7:12
Patrick (3) 1:7 2:3 4:13
people (1) 5:24
piece (1) 5:25
place (1) 7:6
plaintiff (5) 1:8 2:4 3:6,7 4:8
Prior (1) 3:16
pro (3) 2:2,6 4:8
PRO.CEEDING (1) 6:7
problem (1) 4:7
problems (1) 4:5
PROCEEDING (1) 1:18
proposed (1) 4:3

**Q**

**R**

recollection (1) 3:13
record (1) 7:10
refresh (1) 3:13
relative (1) 7:11
Reporter (2) 7:1,4
represent (2) 4:20,21
requested (1) 3:18
requesting (1) 5:19
right (1) 6:5
RUDRA (9) 1:11 2:7 4:5,15,18,25 5:9,18 5:22
ruling (2) 3:11,12
run (1) 3:13

**S**

saying (1) 5:21
says (1) 6:2
se (3) 2:2,6 4:8
September (2) 1:24 7:14
shorthand (1) 7:7
SOLOUTIONS (1) 1:10
specifically (1) 3:18
STATE (1) 7:2
Step (1) 6:5
STREET (1) 1:21
style (2) 5:3,7
summary (4) 3:10,17 5:3,11
supervision (1) 7:8
syle (1) 5:7

**T**

taken (1) 7:5
testimony (1) 7:10
third (1) 3:14
thought (1) 4:11
time (1) 7:6
told (2) 4:16,18
transcribed (1) 7:7
transcript (1) 7:8
true (1) 7:9
TUESDAY (1) 1:24

**U**

underlying (1) 5:24
Unfortunately (1) 3:15

**V**

versus (2) 4:11,13
vs (1) 1:9

**W**

want (2) 3:8,9
Wendall (2) 4:21,21
weren't (1) 5:22
WEST (1) 1:21
WILLIAMS (2) 7:4 7:18

word (1) 4:2

**X**

**Y**

**Z**

**0**

**1**

11TH (1) 1:1
14 (3) 4:15,16,18
14-24652CA01 (1) 1:5
15 (1) 1:24
15715 (1) 2:8

**2**

2015 (2) 1:24 7:14
27th (1) 7:14

**3**

33157 (1) 2:9
3rd (3) 3:10,19,20

**4**

**5**

**6**

**7**

73 (1) 1:21

**8**

**9**

9:15 (1) 1:25
9:30 (2) 1:25 6:7

# INVOICE

APEX REPORTING GROUP
12 SE 7th STREET, SUITE 702
FT. LAUDERDALE FL 33301
Phone:954-467-8204  Fax:954-467-8214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 80435 | 9/28/2015 | 119597 |
| **Job Date** | **Case No.** | |
| 9/15/2015 | 14-24652CA01 | |
| **Case Name** | | |
| PATRICK K. BALL VS GENESIS OUTSOURCING SOLUTIONS, LLC AND DEBJIT RUDRA | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

DAVE (DEBJIT) RUDRA, PROSE
DAVE ( DEBJIT) RUDRA, PROSE
15715 S DIXIE HWY
STE 403
MIAMI FL 33157

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| JUDGE RODRIGUEZ | 7.00 PAGES | @ | 11.07 | 77.49 |
| | **TOTAL DUE >>>** | | | **$77.49** |

2 day expedite

emailed 9/28/2015 force@ipredator.solutions

| (-) Payments/Credits: | 77.49 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 20-5849842

*Please detach bottom portion and return with payment.*

DAVE (DEBJIT) RUDRA, PROSE
DAVE ( DEBJIT)  RUDRA, PROSE
15715 S DIXIE HWY
STE 403
MIAMI FL 33157

Invoice No.    : 80435
Invoice Date   : 9/28/2015
**Total Due     : $ 0.00**

Remit To: **APEX REPORTING GROUP**
**12 SE 7th STREET, SUITE 702**
**FT. LAUDERDALE FL 33301**

Job No.      : 119597
BU ID        : APEX
Case No.     : 14-24652CA01
Case Name    : PATRICK K. BALL VS GENESIS
               OUTSOURCING SOLUTIONS, LLC AND
               DEBJIT RUDRA

**Official Reporting Services**
**524 S. Andrews Ave.**
**Fort Lauderdale,FL 33301**
**Tel: 9544678204**

**Date: 09/28/15 09:52:28**

Cardholder: Debjit Rudra
Card Number: xxxxxxxxxxxxx2316
Card Type: Visa
AVS Street:
AVS Zip: 33157
Type: Credit Card Sale
Ref #: 946053879
Auth Code: 666028
Invoice: 80435
Order #: 80435
PO #: 80435
Customer Id: .00
Description: Ball vs Genesis 091515

                    **AMOUNT:  77.49**
                        **TAX:  0.00**
                    ===============
                    **TOTAL:  77.49**

X_____
            Debjit Rudra

I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER
            AGREEMENT

**Devan**

$E \times H I B J \quad T3$

Re ": T ERGATIN
Court
TRANSCRIPTS

| | |
|---|---|
| **From:** | Devan <Devan@planetwatch.guru> |
| **Sent:** | Friday, October 2, 2015 5:24 AM |
| **To:** | 'Lewis, Janet L.' |
| **Cc:** | 'Pamela Bowser'; 'Tammie Taylor'; 'Executive Investigations Complaints'; cagle@miamidade.gov; 'County Attorney (CAO)' |
| **Subject:** | FW: Altered Transcript Status.. MDPD Legal Bureau Commander Janet Lewis to "Cease and Desist" Racketeering Influence and Retaliation |
| **Importance:** | High |

Ms. Janet Lewis;

I once again respectfully request that you "GRANT PERMISSION" for court reporter to release the unaltered Court Transcripts, needed for a hearing next week, as well not to take retaliation against the court reporting agency as FEARED and expressed by prior court reporters, police officers, private investigators, attorneys or other parties hired to work on my case. As well, I request that you also order your network to "Cease and Desist" tampering with my relations with Baptist Health Systems Contracts Administrators and Executive Staff and the electronic communications in the racketeering benefit of the County Favored Vendor, South Florida Maintenance.

Your position and tenure with the MDPD, supported by the Dade-County Attorney is one of the most influential in the county, which also directly impacts its citizens. Apart from your absolute civil-rights denial of Public Records, Local Law-Enforcement Protection and circuit/civil court tampering, those parties financially interdependent upon your giving Permission to the MDPD for the cooperation of criminal Justice System and courts following the law, such as Private Investigators, Court Reporters, LANDLORDS, Judicial Assistants, and law-firms etc, have either denied or expressed FEAR of retaliation for providing services without compromising or sabotaging me.

As an Officer of the Courts and Public Servant, it is your fiduciary obligation to the citizens to step outside the financially beneficial ring of Public Corruption in the County Mafia's imminently, ongoing economic and violent attacks upon me for not paying your network the **$4,000.00 monthly "Protection Money"** to Reginald Clyne, esq... If the court reporting agency does not release the unaltered transcripts by **10:00 am today**, I will have no option, but to report your abuse of local Law Enforcement for personal gain and to conceal your involvement in egregious crimes, as well your direct or indirect obstruction of Justice and FRAUD COURT racketeering. Should I be incorrupt in my claim of your direct involvement, your role as the Commander of the Police Legal Bureau, still holds the knowledge and accountability of who is, and have supported these crimes against the United States and its Citizens, at least since 2002.

**No citizen or Private Agency in this United States of America, should FEAR consequence of Local Military Rule in Retaliation, by False Incarceration, Homicide or Economic Sabotage via racketeering, by any one or network of individuals abusing their authority as a Public Servant, Officer of the Court and Law, of which you are privileged with ALL THREE.**

Regards
Dave Rudra

**From:** Devan [mailto:Devan@planetwatch.guru]
**Sent:** Thursday, October 1, 2015 11:26 AM
**To:** 'Pamela Bowser' <pam@apex-rg.com>; 'kimberly williams' <stenochick54@gmail.com>
**Cc:** 'Tammie Taylor' <tammie@apex-rg.com>; 'Robin Vasquez' <robin@apex-rg.com>; 'Deniss Perez' <deniss@team-genesis.com>; 'w.washington221@gmail.com' <w.washington221@gmail.com>; 'devan@planetwatch.guru'

1

<devan@planetwatch.guru>
**Subject:** RE: Transcript Status

Its relatively simple, where review is not needed.  My name should not appear on the transcripts, because everyone
prior to this agreed that I did not get to even INTRODUCE myself to the Judge, for her to have picked up my name when
recording the transcript of the hearing. Only cops and Lawyers believe their own lies. I don't miss a beat.

Re-introduce what was omitted when the judge stated the style of the case he called number 14 to the bench. That is
the only place where my name was uttered during the hearing. So, Janice may be a crook, but not an intelligent
one. The reporter was told to leave by the time I got to Introduce myself, and the hour was NOT complete.

**From:** Pamela Bowser [mailto:pam@apex-rg.com]
**Sent:** Thursday, October 1, 2015 10:42 AM
**To:** 'kimberly williams' <stenochick54@gmail.com>
**Cc:** 'Devan' <Devan@planetwatch.guru>; Tammie Taylor <tammie@apex-rg.com>; Robin Vasquez <robin@apex-rg.com>
**Subject:** RE: Transcript Status

Hi Kim- Have you had a chance to review your transcript?  Please see the message below.
Sincerely,
Pam



**VERBATIM**
SUPPORT SERVICES

Pamela Bowser- Transcript Dept.
Verbatim Support Services
Apex Reporting Group
12 Southeast 7th Street   Suite 702
Fort Lauderdale, Fl  33301
Tel:  954-467-8204 ext 1013
Fax: 954-333-3985

pam@apex-rg.com

**From:** Devan [mailto:Devan@planetwatch.guru]
**Sent:** Thursday, October 01, 2015 9:02 AM
**To:** Tammie Taylor <tammie@apex-rg.com>; Pamela Bowser <pam@apex-rg.com>
**Cc:** devan@planetwatch.guru; 'Deniss Perez' <deniss@team-genesis.com>
**Subject:** Transcript Status

Good Morning:

What is the Status on the transcript please?  I believe I've already been charged for it.  Can I have the legally correct
unaltered transcript please?

Dave

**From:** Devan [mailto:Devan@planetwatch.guru]
**Sent:** Wednesday, September 30, 2015 10:50 AM
**To:** 'Pamela Bowser' <pam@apex-rg.com>; 'Lewis, Janet L.' <jllewis@mdpd.com>

**Cc:** 'kimberly williams' <stenochick54@gmail.com>; 'w.washington221@gmail.com' <w.washington221@gmail.com>; 'Wendell T. Locke' <wendell@lockefirm.com>; 'Jed Shlackman' <jshlackman@comcast.net>; 'PublicRecords@fdle.state.fl.us' <PublicRecords@fdle.state.fl.us>; '<SLonergan@jud11.flcourts.org>' <SLonergan@jud11.flcourts.org>; 'SGarcia@jud11.flcourts.org' <SGarcia@jud11.flcourts.org>
**Subject:** RE: URGENT REQUEST PERMISSION FROM JANET LEWIS to allow Court Reporter to release Unaltered Transcripts for EVIDENCE OF FRAUD in COURT and RICO Patrick Ball

She can meet with us and the witnesses if it helps to refresh her memory. Although at this point I believe that Janet Lewis is probably key to authoring the alterations. Too many coincidences in a row

**From:** Pamela Bowser [mailto:pam@apex-rg.com]
**Sent:** Wednesday, September 30, 2015 10:26 AM
**To:** 'Devan' <Devan@planetwatch.guru>
**Cc:** 'kimberly williams' <stenochick54@gmail.com>
**Subject:** FW: URGENT REQUEST PERMISSION FROM JANET LEWIS to allow Court Reporter to release Unaltered Transcripts for EVIDENCE OF FRAUD in COURT and RICO Patrick Ball

Dear Debjit- Kim Williams, court reporter, has provided a 7 page transcript to you. I have asked Kim to double check her notes at your request. At this point, I am asking my manager, Robin Vasquez, to help.

Sincerely,
Pam



Pamela Bowser- Transcript Dept.
Verbatim Support Services
Apex Reporting Group
12 Southeast 7th Street   Suite 702
Fort Lauderdale, Fl 33301
Tel: 954-467-8204 ext 1013
Fax: 954-333-3985

pam@apex-rg.com

**From:** Devan [mailto:Devan@planetwatch.guru]
**Sent:** Wednesday, September 30, 2015 1:01 AM
**To:** Pamela Bowser <pam@apex-rg.com>; 'The Force' <Force@ipredator.solutions>; 'kimberly williams' <stenochick54@gmail.com>; Tammie Taylor <tammie@apex-rg.com>; cagle@miamidade.gov
**Cc:** Tammie Taylor <tammie@apex-rg.com>; SGarcia@jud11.flcourts.org; LKearson@jud11.flcourts.org; mayor@miamidade.gov; 'County Attorney (CAO)' <atty@miamidade.gov>; devan@planetwatch.guru; 'Lewis, Janet L.' <jllewis@mdpd.com>; PublicRecords@fdle.state.fl.us; 'Wendell T. Locke' <wendell@lockefirm.com>; 'Wendell T. Locke' <wendell@lockefirm.com>; bemtrustee@kapilaMukamal.com

**Subject:** RE: URGENT REQUEST PERMISSION FROM JANET LEWIS to allow Court Reporter to release Unaltered Transcripts for EVIDENCE OF FRAUD in COURT and RICO Patrick Ball

Hello again Tammy of Apex;

I have not received the unaltered transcripts yet.

Can I please get an answer as to who has forced your court reporter to fabricate a totally inaccurate transcript riddled with wrong names and the omission of fact during the recent hearing. Due to withholding of Public Records requested and all the perjured police Investigations, I have reason to believe that all of the court reporters tampering or not having PERMISSION to record the TRUTH for the past five years is by the direction of Janet Lewis. Especially as the current transcript pending release will be needed in the upcoming hearing in Federal Bankruptcy Court against Patrick Ball, in his RICO and FRAUD COURT, tampering with the Judicial Assistant.

Do you have permission from Janet Lewis to provide the legally accurate and paid for, unaltered transcripts with the names of those speaking in court, and correct the omission of what was said by the Court? If I don't receive the court transcripts provided in the exact Verbatim as recorded, then I will use this thread as an exhibit that Janet Lewis is again tampering with the court reporting agency and forcing the suppression of racketeering evidence in court, as well provide the falsely tampered with transcripts demonstrating the alteration of legal documentation of a court proceeding.

Janet Lewis is copied in this thread and at any time can authorize the release of the court transcripts and all evidence she has been suppressing from the courts for the past five years. If she is not directly giving the orders to suppress evidence which will hold her and her department accountable for FRAUD and RICO, she knows who is, and enjoying the harassment of watching me spin my wheels for Justice under her Control.

It now makes sense how all of the court reporters in the Divorce case were tampered with as well ordered Steno-Alan NOT TO RELEASE the transcripts of the Trial which was suspended to allow the Judge to render a FRAUD Judgment.

Debjit Rudra

**From:** Pamela Bowser [mailto:pam@apex-rg.com]
**Sent:** Monday, September 28, 2015 3:59 PM
**To:** The Force <Force@ipredator.solutions>; 'kimberly williams' <stenochick54@gmail.com>
**Cc:** Tammie Taylor <tammie@apex-rg.com>; SGarcia@jud11.flcourts.org; LKearson@jud11.flcourts.org; mayor@miamidade.gov; 'County Attorney (CAO)' <atty@miamidade.gov>; 'Lewis, Janet L.' <jllewis@mdpd.com>; PublicRecords@fdle.state.fl.us; 'Devan' <Devan@planetwatch.guru>; 'Wendell T. Locke' <wendell@lockefirm.com>
**Subject:** RE: URGENT Ball vs Genesis 091515 Transcript and Paid Receipt

I'm sorry. I am just the transcript liaison. I have forwarded your concerns to the court reporter, Kim Williams.
Sincerely,
Pam



Case 14-32872-RAM   Doc 57   Filed 10/08/15   Page 22 of 48

Pamela Bowser- Transcript Dept.
Verbatim Support Services
Apex Reporting Group
12 Southeast 7th Street   Suite 702
Fort Lauderdale, Fl 33301
Tel: 954-467-8204 ext 1013
Fax: 954-333-3985

pam@apex-rg.com

**From:** The Force [mailto:Force@ipredator.solutions]
**Sent:** Monday, September 28, 2015 3:51 PM
**To:** Pamela Bowser <pam@apex-rg.com>; 'kimberly williams' <stenochick54@gmail.com>
**Cc:** Tammie Taylor <tammie@apex-rg.com>; SGarcia@jud11.flcourts.org; LKearson@jud11.flcourts.org; mayor@miamidade.gov; 'County Attorney (CAO)' <atty@miamidade.gov>; 'Lewis, Janet L.' <jllewis@mdpd.com>; PublicRecords@fdle.state.fl.us; 'Devan' <Devan@planetwatch.guru>; 'Wendell T. Locke' <wendell@lockefirm.com>
**Subject:** RE: URGENT Ball vs Genesis 091515 Transcript and Paid Receipt

Thank you Pamella

Would you mind telling me who is tampering with all the court reporters and firms here? It is Not normal for such targeted anomaly's in a single county where Law Enforcement is used as the On-Line Cyber Mafia against citizens.    How can a court reporter make So many mistakes? We have witnesses including Wendall Locke himself... He should be on the transcripts speaking on behalf of Genesis. Not me and him alternatively.... Im not representing Genesis and too obvious a mistake to be unintentional.

**I have observed a consistent pattern of Intentional Omissions are consistent with the Practices taught by the legal department to the MDPD Law Enforcement personal** in order to obtain illegal warrants.  Officers (human beings) would never have the guts to LIE without being instructed to. This is an ongoing vexatious litigant abusing the courts for two years and harassing many by doing so... For the last five years, including a Federal Court Reporter coincidently omitted/altering the Name Ramesh NyBerg....

www.ipredator.solutions

**From:** Pamela Bowser [mailto:pam@apex-rg.com]
**Sent:** Monday, 28 September, 2015 2:58 PM
**To:** kimberly williams <stenochick54@gmail.com>
**Cc:** The Force <Force@ipredator.solutions>
**Subject:** URGENT Ball vs Genesis 091515 Transcript and Paid Receipt

Hi Kim- Please see the note below.
Thank you.
Pam

5



Pamela Bowser- Transcript Dept.
Verbatim Support Services
Apex Reporting Group
12 Southeast 7th Street   Suite 702
Fort Lauderdale, Fl  33301
Tel:  954-467-8204 ext 1013
Fax:  954-333-3985

pam@apex-rg.com

**From:** The Force [mailto:Force@ipredator.solutions]
**Sent:** Monday, September 28, 2015 2:52 PM
**To:** Pamela Bowser <pam@apex-rg.com>
**Cc:** Tammie Taylor <tammie@apex-rg.com>; LKearson@jud11.flcourts.org; SGarcia@jud11.flcourts.org; 'Devan' <Devan@planetwatch.guru>; 'Wilson Gmail' <w.washington221@gmail.com>
**Subject:** RE: Ball vs Genesis 091515 Transcript and Paid Receipt

There is a problem with this transcript of course.

Mr. Rudra and Mr. Wendall are NOT the same person.  Mr. Rudra DID NOT SPEAK,

And there is an OMMISSION of part of the Court.  The Court stated the case style was Ball vs. Rudra...

Who was the Attorney that asked you to mix up the Defendants in the transcripts...  Was it the same person who called you and told you to leave early???   Don't you or the courtroom have audio back up.  Especially when the courts are being used for Racketeeering???

Please look at the transcripts again and determine, how at all possible can such take place.  I understand this is a Joke to all, but I NEED the Correct Transcripts.

www.ipredator.solutions

**From:** Pamela Bowser [mailto:pam@apex-rg.com]
**Sent:** Monday, 28 September, 2015 12:55 PM
**To:** The Force <Force@ipredator.solutions>
**Subject:** Ball vs Genesis 091515 Transcript and Paid Receipt

Thank you.
Pam



Pamela Bowser- Transcript Dept.
Verbatim Support Services
Apex Reporting Group
12 Southeast 7th Street   Suite 702
Fort Lauderdale, Fl  33301
Tel:  954-467-8204 ext 1013
Fax: 954-333-3985

pam@apex-rg.com

8

EXHIB 6

**Devan**

| | |
|---|---|
| From: | Pamela Bowser <pam@apex-rg.com> |
| Sent: | Friday, 2 October, 2015 10:32 AM |
| To: | Devan |
| Subject: | RE: 9/15/15 Ball vs Genesis  Second Corrected Transcript |

*Re'.*

*JANET READING*
*MB PD*

Hi Devan- Kim has corrected it one last time.  Unfortunately, the last  correction wasn't saved, so it was printed without the correction.  She will need to do a third corrected transcript.

Sincerely,

Pam



**VERBATIM**
SUPPORT SERVICES

Pamela Bowser- Transcript Dept.
Verbatim Support Services
Apex Reporting Group
12 Southeast 7th Street   Suite 702
Fort Lauderdale, Fl  33301
Tel:  954-467-8204 ext 1013
Fax: 954-333-3985

pam@apex-rg.com

**From:** Devan [mailto:Devan@planetwatch.guru]
**Sent:** Thursday, October 01, 2015 5:22 PM
**To:** Pamela Bowser <pam@apex-rg.com>
**Cc:** 'The Force' <Force@ipredator.solutions>; Robin Vasquez <robin@apex-rg.com>; 'kimberly williams' <stenochick54@gmail.com>
**Subject:** RE: 9/15/15 Ball vs Genesis Second Corrected Transcript

Thank you. But I don't see where it was added. Again. I am not faulting your agency. It is the county corruption I am fighting and they have the power to force people who depend upon them to act unethically.  That is why I need to follow through, as I am the voice of those voiceless victims who are incarcerated simply because of ego, race, or pattern established in this county of prejudicial egos.



WWW.PLANETWATCH.GURU

Meet me at: www.planetwatch.guru

**From:** Pamela Bowser [mailto:pam@apex-rg.com]
**Sent:** Thursday, October 1, 2015 4:46 PM
**To:** 'Devan' <Devan@planetwatch.guru>
**Cc:** The Force <Force@ipredator.solutions>; Robin Vasquez <robin@apex-rg.com>; kimberly williams <stenochick54@gmail.com>
**Subject:** 9/15/15 Ball vs Genesis Second Corrected Transcript

Hello Devan- Again, our apologies.
Thank you.
Pam



Pamela Bowser- Transcript Dept.
Verbatim Support Services
Apex Reporting Group
12 Southeast 7th Street   Suite 702
Fort Lauderdale, Fl  33301
Tel:  954-467-8204 ext 1013
Fax: 954-333-3985

pam@apex-rg.com

**From:** data@apex-rg.com [mailto:data@apex-rg.com]
**Sent:** Thursday, October 01, 2015 4:05 PM
**To:** Pamela Bowser <pam@apex-rg.com>
**Subject:** Message from KM_C284e

ＥＸＨＩＢＩＴ Ｄ

Page 1

IN THE CIRCUIT COURT OF THE 11TH

JUDICIAL CIRCUIT IN AND FOR

MIAMI-DADE COUNTY, FLORIDA         **ORIGINAL**

GENERAL JURISDICTION DIVISON

CASE NO.: 14-24652CA01

                              SECOND CORRECTED

PATRICK K. BALL,

        Plaintiff,

vs.

GENESIS OUTSOURCING SOLOUTIONS,

LLC, a Florida corporation; and DEBJIT RUDRA,

both individually and in his corporate

Capacity;

        Defendant.

_____/

PROCEEDING HAD BEFORE THE

HONORABLE JUDGE CUETO

73 WEST FLAGLER STREET

MIAMI, FLORIDA

TUESDAY, SEPTEMBER 15, 2015

9:15 A.M. - 9:30 A.M.

APEX REPORTING GROUP

```
 1   APPEARANCES:

 2          PRO SE

 3          (BY PATRICK K. BALL)

 4          On behalf of the Plaintiff.

 5

 6          Locke Law, P.A.

 7          (BY WENDELL LOCKE, ESQ.)

 8          8201 Peters Road

 9          Suite 1000

10          Plantation, Florida 33324

11          On behalf of the Defendants.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1
THEREUPON:
2
MR. BALL:  Good morning, Your Honor.
3
THE COURT:  Good Morning.
4
MR. BALL:  Your Honor, we are here on a motion to
5
amend.
6
THE COURT:  You're the plaintiff or defendant?
7
MR. BALL:  I'm the plaintiff, Judge.
8
THE COURT:  You want to amend the complaint?
9
MR. BALL:  No.  I want to amend the motion for
10
summary judgment order in accordance with the 3rd DCA
11
ruling, so that I can go ahead --
12
THE COURT:  I don't know what the ruling is.  Why
13
don't you run through it, refresh my recollection.
14
MR. BALL:  Okay.  You are the third judge on this
15
case.
16
THE COURT:  Unfortunately so.
17
MR. BALL:  Yes.  Prior to this, there was a
18
motion for summary judgment by the corporate defendant.
19
It was granted.  The motion specifically requested that --
20
THE COURT:  What does the 3rd DCA say?
21
MR. BALL:  The 3rd DCA said that in order to go
22
forward with my appeal, there must be some finality --
23
THE COURT:  You have it on some -- you have to
24
have it on an order.
25

APEX REPORTING GROUP



Page 4

1        THE COURT:  You have to have an order.

2        MR. BALL:  Yes.  I need to have an order with the

3   word "finality" on it.  I have an amended order, a

4   proposed amended order.

5        THE COURT:  Do you have any objection to this?

6        MR. LOCKE:  I'm not -- well, one of the problems

7   I have with Genesis, we don't necessarily oppose having a

8   final judgment in favor of Genesis.  The problem is the

9   plaintiff filed defamation pro se case against Genesis

10  and/or Mr. Rudra individually, involving the same parties,

11  the same allegations, and the facts are so --

12       THE COURT:  I thought you have a --

13       Is this your case?

14       MR. BALL:  No.  It's just Patrick Ball versus --

15       THE COURT:  What I have -- that's your number?

16       MR. LOCKE:  14.

17       MR. BALL:  They told me 14 when I came, Your

18  Honor.

19       MR. LOCKE:  They told me 14 also.

20       THE COURT:  Okay.  So, who are you -- who do you

21  represent?

22       MR. LOCKE:  My name is Wendell Locke.  I

23  represent Genesis, the corporate defendant.

24       THE COURT:  Okay.  Genesis, is that one of main

25  defendants?



Page 5

```
1           MR. LOCKE:  Yes, it is.

2           MR. BALL:  Yes, it is.

3           THE COURT:  Okay.  It's not on my -- I don't know

4  who did this, but it's not in my summary style.  So, it's

5  -- that must be him, and Genesis.

6           MR. BALL:  I have the notice of hearing.

7           THE COURT:  I believe you.  I just don't have it

8  on my style.  The style of the motion on the notice of

9  hearing is not clear. It's Ball versus Rudra.

10          MR. LOCKE:  If I can give you a background, Your

11 Honor.

12          THE COURT:  Who was the summary judgment entered

13 against?

14          MR. BALL:  It was entered against me.  It was

15 entered in favor of Genesis.

16          THE COURT:  So, I can enter a judgment against

17 him and in your favor.  So, just give you the judgment and

18 towards your client only.

19          MR. LOCKE:  Yes.

20          MR. BALL:  That's all I'm requesting, Judge.

21          THE COURT:  That's all I'm asking.  That's what

22 I'm saying.

23          MR. LOCKE:  We weren't opposed to that.  The

24 issue was more so involving the fact that because it

25 involves the same underlying facts and the same people
```

APEX REPORTING GROUP

Page 6

1  involved that a piecemeal --

2          THE COURT: I'm going to enter a judgment against

3  him, in your favor. He can still -- as long as it says

4  that it's only against -- it's only in favor of your

5  client, not anybody else.

6          All right. Step aside and just give me a moment.

7  I'll give you the judgment.

8                  (PROCEEDING ENDED AT 9:30 A.M.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF DADE

I, KIMBERLY WILLIAMS, Court Reporter, do hereby

certify that the foregoing deposition was taken before

me at the time and place therein designated; that my

shorthand notes were thereafter transcribed into this

computer-assisted transcript under my supervision; and

the foregoing pages constitutes a true and correct

record of the testimony given by the Deponent.

I FURTHER CERTIFY that I am not a relative,

employee, attorney or counsel of the parties, nor

financially interested in the foregoing notice.

DATED this 27th day of September, 2015.

*Kimberly Williams*

KIMBERLY WILLIAMS



**A**

A.M (3) 1:25,25 6:8
ahead (1) 3:11
allegations (1) 4:11
amend (3) 3:5,8,9
amended (2) 4:3,4
and/or (1) 4:10
anybody (1) 6:5
appeal (1) 3:22
APPEARANCES (1) 2:1
aside (1) 6:6
asking (1) 5:21
attorney (1) 7:13

**B**

background (1) 5:10
Ball (18) 1:7 2:3 3:2,4 3:7,9,14,17,21 4:2 4:14,14,17 5:2,6,9 5:14,20
behalf (2) 2:4,11
believe (1) 5:7

**C**

Capacity (1) 1:13
case (4) 1:5 3:15 4:9 4:13
CERTIFICATE (1) 7:2
certify (2) 7:6,12
CIRCUIT (2) 1:1,2
clear (1) 5:9
client (2) 5:18 6:5
complaint (1) 3:8
computer-assisted (... 7:9
constitutes (1) 7:10
corporate (3) 1:12 3:18 4:23
corporation (1) 1:11
correct (1) 7:10
CORRECTED (1) 1:6
counsel (1) 7:13
COUNTY (2) 1:3 7:4
Court (21) 1:1 3:3,6,8 3:12,16,20,23 4:1,5 4:12,15,20,24 5:3,7 5:12,16,21 6:2 7:5
CUETO (1) 1:19

**D**

DADE (1) 7:4
DATED (1) 7:15
day (1) 7:15
DCA (3) 3:10,20,21
DEBJIT (1) 1:11
defamation (1) 4:9
defendant (4) 1:14 3:6,18 4:23
defendants (2) 2:11 4:25
Deponent (1) 7:11

deposition (1) 7:6
designated (1) 7:7
DIVISON (1) 1:4

**E**

employee (1) 7:13
ENDED (1) 6:8
enter (2) 5:16 6:2
entered (3) 5:12,14 5:15
ESQ (1) 2:7

**F**

fact (1) 5:24
facts (2) 4:11 5:25
favor (5) 4:8 5:15,17 6:3,4
filed (1) 4:9
final (1) 4:8
finality (2) 3:22 4:3
financially (1) 7:14
FLAGLER (1) 1:21
Florida (5) 1:3,11,22 2:10 7:3
foregoing (3) 7:6,10 7:14
forward (1) 3:22
FURTHER (1) 7:12

**G**

GENERAL (1) 1:4
Genesis (8) 1:10 4:7,8 4:9,23,24 5:5,15
give (4) 5:10,17 6:6,7
given (1) 7:11
go (2) 3:11,21
going (1) 6:2
Good (2) 3:2,3
granted (1) 3:19

**H**

hearing (2) 5:6,9
Honor (4) 3:2,4 4:18 5:11
HONORABLE (1) 1:19

**I**

individually (2) 1:12 4:10
interested (1) 7:14
involved (1) 6:1
involves (1) 5:25
involving (2) 4:10 5:24
issue (1) 5:24
It's (1) 5:9

**J**

judge (4) 1:19 3:7,14 5:20
judgment (8) 3:10,18 4:8 5:12,16,17 6:2 6:7

JUDICIAL (1) 1:2
JURISDICTION (1) 1:4

**K**

K (2) 1:7 2:3
KIMBERLY (2) 7:5 7:19
know (2) 3:12 5:3

**L**

Law (1) 2:6
LLC,a (1) 1:11
Locke (11) 2:6,7 4:6 4:16,19,22,22 5:1 5:10,19,23
long (1) 6:3

**M**

main (1) 4:24
MIAMI (1) 1:22
MIAMI-DADE (1) 1:3
moment (1) 6:6
morning (2) 3:2,3
motion (5) 3:4,9,18 3:19 5:8

**N**

name (1) 4:22
necessarily (1) 4:7
need (1) 4:2
notes (1) 7:8
notice (3) 5:6,8 7:14
number (1) 4:15

**O**

objection (1) 4:5
Okay (4) 3:14 4:20,24 5:3
oppose (1) 4:7
opposed (1) 5:23
order (7) 3:10,21,24 4:1,2,3,4
OUTSOURCING (1) 1:10

**P**

P.A (1) 2:6
pages (1) 7:10
parties (2) 4:10 7:13
Patrick (3) 1:7 2:3 4:14
people (1) 5:25
Peters (1) 2:8
piecemeal (1) 6:1
place (1) 7:7
plaintiff (5) 1:8 2:4 3:6,7 4:9
Plantation (1) 2:10
Prior (1) 3:17
pro (2) 2:2 4:9
problem (1) 4:8
problems (1) 4:6

PROCEEDING (2) 1:18 6:8
proposed (1) 4:4

**Q**

**R**

recollection (1) 3:13
record (1) 7:11
refresh (1) 3:13
relative (1) 7:12
Reporter (2) 7:2,5
represent (2) 4:21,23
requested (1) 3:19
requesting (1) 5:20
right (1) 6:6
Road (1) 2:8
Rudra (3) 1:11 4:10 5:9
ruling (2) 3:11,12
run (1) 3:13

**S**

saying (1) 5:22
says (1) 6:3
se (2) 2:2 4:9
September (1) 1:24 7:15
shorthand (1) 7:8
SOLOUTIONS (1) 1:10
specifically (1) 3:19
STATE (1) 7:3
Step (1) 6:6
STREET (1) 1:21
style (3) 5:4,8,8
Suite (1) 2:9
summary (4) 3:10,18 5:4,12
supervision (1) 7:9

**T**

taken (1) 7:6
testimony (1) 7:11
third (2) 1:6 3:14
thought (1) 4:12
time (1) 7:7
told (2) 4:17,19
transcribed (1) 7:8
transcript (1) 7:9
true (1) 7:10
TUESDAY (1) 1:24

**U**

underlying (1) 5:25
Unfortunately (1) 3:16

**V**

versus (2) 4:14 5:9
vs (1) 1:9

**W**

want (2) 3:8,9
Wendell (2) 2:7 4:22
weren't (1) 5:23
WEST (1) 1:21
WILLIAMS (2) 7:5 7:19
word (1) 4:3

**X**

**Y**

**Z**

**0**

**1**

1000 (1) 2:9
11TH (1) 1:1
14 (3) 4:16,17,19
14-24652CA01 (1) 1:5
15 (1) 1:24

**2**

2015 (2) 1:24 7:15
27th (1) 7:15

**3**

33324 (1) 2:10
3rd (3) 3:10,20,21

**4**

**5**

**6**

**7**

73 (1) 1:21

**8**

8201 (1) 2:8

**9**

9:15 (1) 1:25
9:30 (2) 1:25 6:8



## The Force

| From: | The Force <Force@ipredator.solutions> |
|---|---|
| Sent: | Tuesday, 19 May, 2015 5:31 PM |
| To: | 'Zabogado@aol.com'; 'perealaw@gmail.com' |
| Cc: | 'vobrien@ustransportlaw.com'; 'Alice Solomon'; 'Alexandra Nikolaidis'; 'bemtrustee@kapilaMukamal.com'; 'Jazmin Padilla'; 'Wendell T. Locke'; 'The Force' |
| Subject: | Garnishment without proper notice-Inside Conspiracy and after Bankruptcy Discharge |
| Attachments: | J Zidel Post Bankruptcy BBT Garnishment.pdf; Bankruptcy Discharge April 6 2015.pdf |

Importance:     High

| Tracking: | **Recipient** | **Read** |
|---|---|---|
| | 'Zabogado@aol.com' | |
| | 'perealaw@gmail.com' | |
| | 'vobrien@ustransportlaw.com' | |
| | 'Alice Solomon' | |
| | 'Alexandra Nikolaidis' | |
| | 'bemtrustee@kapilaMukamal.com' | |
| | 'Jazmin Padilla' | Read: 5/28/2015 3:58 PM |
| | 'Wendell T. Locke' | |
| | 'The Force' | |

Good Afternoon J Zidell:

I received your Issuance of Garnishment today, which was placed on my bank account on Friday. One for $22K and the other for $24K. I am bewildered at how many people are involved in this racketeering and abuse of the courts. How do you obtain a writ of Garnishment on a Discharged Debt, and which you already collected upon two years ago? I did some research on your practice and found that you have been manipulating the courts for a long time, and where you target small businesses with the same template and confusing language by which the business owner is gas lighted.

Please release my funds and stop the harassment. There is no way you would have timed this writ to freeze my account two days after I filed a Bar complaint for the same, and have the knowledge of my Bank Account Information…. Can you tell me who provided you with my bank account information? Please see my Bankruptcy Discharge which was filed and you should have received notice sent by the Law-Firm of Hillenbrand, O'Brien & Solomon, LLP of 8751 W. Broward Blvd. Ste 106. Plantation, FL 33324 and Berry Mukkamals Office, subsequent to the discharge on April 6, 2015.

Additionally, this act of malicious harassment is obviously coordinated and most likely by my ex-wife who would be able to provide you with the bank account information. Your lawsuit should have included both parties. Yet you only pursue and garnished my accounts on all three occasions… If she did not follow through with payment on the contracted "Murder For Hire" RICO conspiracy, then why don't you pursue her and NyBerg for payment and harass them with the frivolous lawsuits.

According to the paperwork I found in the mail today, you were supposed to notify me prior to your garnishing my account. None of this happened. Please find attached, the Discharge and you paperwork received. The bank told me I had to contact you to release the funds, as that you presented an old writ of Garnishment to the bank, after the date of the discharge…

1

**The Force**

**To:**      Patrick Ball
**Subject:**  RE: Ball v. Genesis...  FINAL WARNING TO BALL

*(handwritten)* SE PATTERN of
PATRICK BALL
AGGRAVATED
HARRASMENT
QATCUASM

**From:** Patrick Ball [mailto:gator1nole@att.net]
**Sent:** Wednesday, 7 October, 2015 12:07 PM
**To:** The Force <Force@ipredator.solutions>; 'Wilson Gmail' <w.washington221@gmail.com>
**Cc:** 'Wendell T. Locke' <wendell@lockefirm.com>; 'Jed Shlackman' <jshlackman@comcast.net>
**Subject:** Re: Ball v. Genesis... FINAL WARNING TO BALL

Bring it on, girly-girl. Please properly plead anything you wish to allege against me and/or others. You are a complete moron as far as court proceedings and I am done allowing you to file useless crap in court. I will move to prevent further court abuse. You are not "immune" just because you have filed bankruptcy. In addition, please be advised that I will be visiting the state attorney's office tomorrow after the hearing, as libel is also classified as a 1st degree misdemeanor. I'm sick of dealing with your mental illness. I'm sure others in various state capacities will agree that you should be prosecuted for your unfounded accusations.

On Wednesday, October 7, 2015 11:50 AM, The Force <Force@ipredator.solutions> wrote:

Patrick;

If you continue your mentally disturbed Threats, Hostile Demands, Bullying etc, I may have to have you Baker Acted. For the past two years, I have personally experienced and witnessed you being dangerous to others and yourself.

DO NOT CONTACT ME AGAIN!

OTHERWISE I WILL SEEK TO HAVE A PERMENANT INJUNCTION SERVED UPON YOU FOR YOUR COURTROOM ESCAPADES, WITNESSED COURT LOBBY THREATS OF PHYSICAL HAR, AGGRAVATED STALKING AND HARASSMENT.

If you need to communicate, do so without conducting Judicial Bribery or Fraud. One more email Threat, as in any kind of Demand Whatsoever, not being delivered according to established court rules, I will proceed to seek this restraining order. Once again. Wendell does NOT work for you. You shall not speak for me or your pathological perceptions about me without my consent to him or anyone else from this point forward.

Dave Rudra

**WWW.IPREDATOR.SOLUTIONS**

**From:** Patrick Ball [mailto:gator1nole@att.net]
**Sent:** Wednesday, 7 October, 2015 11:44 AM
**To:** The Force <Force@ipredator.solutions>; 'Wilson Gmail' <w.washington221@gmail.com>
**Cc:** 'Wendell T. Locke' <wendell@lockefirm.com>
**Subject:** Re: Ball v. Genesis

1

Yes, Dave, I guess I should finally admit that I have the entire NSA, CIA, FBI, among others, solely working for me, and solely working against you. I control everything in the world! Everyone in the world IS really against you -- you're not paranoid at all. Don't forget to smile for that drone camera 10,000 feet above you - I had it diverted from a covert area just to watch you -- everything in your life is THAT important. Be sure to inform the judge about the drone watching you tomorrow.

P.S. Seek help, nut-job!

P.P.S. Wendell, you were warned that Dave would eventually come after you. I only hope that you inform your client, Genesis and its Managing-Member, of what else will eventually come true. My initial brief is 75% done.


On Wednesday, October 7, 2015 11:27 AM, Patrick Ball <gator1nole@att.net> wrote:


Wendell working for me??? You really are delusional. Prepare your hearing notice while I prepare my motion to hold you in contempt. See you in court tomorrow.


On Wednesday, October 7, 2015 11:19 AM, The Force <Force@ipredator.solutions> wrote:


You did read it.

It Stands. I will send Notice of Hearing when I am ready. Wendell does Not work for you.

www.ipredator.solutions

---

**From:** Patrick Ball [mailto:gator1nole@att.net]
**Sent:** Tuesday, 6 October, 2015 7:48 PM
**To:** The Force <force@ipredator.solutions>
**Cc:** Wendell T. Locke <wendell@lockefirm.com>
**Subject:** Ball v. Genesis

Mr. Rudra:

I have not read your current "motion" or whatever nonsense you just filed in the state court case. There is a stay of this case, pending resolution of the appellate court case, which was entered at the last hearing. Also, you read and approved of the language in the order before it was presented to Judge Rodriguez. You just intentionally violated this order.  As such, you can immediately file a notice withdrawing your "filings" or I will move for sanctions and/or contempt against you for violation of the stay. Furthermore, you have violated your own automatic stay based on your bankruptcy filing. I will be sure to mention this to the judge on Thursday and again bring it up with respect to my motion to dismiss hearing on October 20. You have also intentionally violated this order and I will ask that the bankruptcy judge hold you in contempt.

Patrick Ball



Notice of Hearing

Debtor Pro Se
16915 SW 94th Court
palmetto Bay, Florida
33157

STATE & FEDERAL
COURT PRACTICE

CITY NATIONAL BANK BUILDING
300 71st STREET, SUITE 605
MIAMI BEACH, FL 33141

ATTORNEYS

*14*

## Relief Requested

Based on the foregoing reasons, the Defendant J. H. Zidell ,P.A. respectfully requests this

Court enter an Order granting this Motion and dismissing the Adversary Complaint with

prejudice, pursuant to Fed. R. Civ. P. 12(b)(6); and for attorney fees for having to defend this

frivolous filing.                                    Respectfully submitted,

September 10, 2015                                   __/s/Steven C. Fraser__
CERTFICATE PURSUANT TO                              Steven C. Fraser, Esq.
LOCAL RULE 9011-4(B)                                Fla. Bar No. 625825
                                                    Steven C. Fraser, P.A.
I Hereby Certify that I am admitted                 Attorney for Defendant Zidell
to the Bar of the United States                     Post Office Box 2038
District Court for the Southern                     Hallandale Beach, Florida 33008
District of Florida and I am in compliance          Tel: (954) 458-5007
with the additional qualifications to
practice in this Court set forth in Local           Email:nofbky@gmail.com
Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, I electronically filed the Motion to
Vacate the order with the Clerk of Court using the CM/ECF. I also certify that the
foregoing document is being served this day on all persons identified on the attached Service
List in the manner specified, either via transmission of Notices of Electronic Filing
generated by CM/ECF or in some other authorized manner for those parties who are not
authorized to receive electronically Notices of Electronic Filing.

                                                    __/s/Steven C. Fraser__
                                                    Steven C. Fraser, Esq.
                                                    Fla. Bar No. 625825

### SERVICE LIST

Via cm/ECF
Office of the United States Trustee
Region 21
Southern District of Florida

ORDERED in the Southern District of Florida on _Sept. 9 2015_

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                          §        CASE NO.: 14-32872-RAM
DEBJIT RUDRA                    §        Chapter 7
                                §
                                §

ORDER GRANTING MOTION TO CONTINUE

THIS CAUSE having come before the Court upon the Creditors Jose Rossi and Ronald

Uztariz Motion to Continue/Reset the hearing on their Motion to Vacate the Court's Order at ECF

44. The Court after hearing argument of counsel and otherwise being fully advised in the

premises, it is hereby

ORDERED as follows:

1.      The Motion is GRANTED.

2.      The Motion to Vacate the Order entered at ECF 44 is ~~continued~~ continued to _Oct. 8, 2015,_

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of ___ 2015
at _10:30 a.m., at the U.S. Bankruptcy Court, 301_
_North Miami Avenue, Courtroom 4, Miami, FL 33128_

## Devan

| | |
|---|---|
| **From:** | Devan <Devan@planetwatch.guru> |
| **Sent:** | Wednesday, 7 October, 2015 4:45 PM |
| **To:** | 'Marcy_Gatell@flsb.uscourts.gov' |
| **Cc:** | 'The Force' |
| **Subject:** | FW: Notice of Service on Motion to Strike on FRAUD |

**Importance:**          High


Dear Ms Gatell:


I spoke to you this afternoon.

Please find a copy of the Motion to Strike and exhibits for the Judge for tomorrows hearing.  In essence of time, I did not trust my FAX.  I will file the original in the morning as suggested.  Thank you for you assistance.


Debjit Rudra





---

**From:** The Force [mailto:Force@ipredator.solutions]
**Sent:** Wednesday, 7 October, 2015 4:38 PM
**To:** 'Zabogado@aol.com' <Zabogado@aol.com>; 'davidchonin@yahoo.com' <davidchonin@yahoo.com>;
'Steven.fraser.esq@gmail.com' <Steven.fraser.esq@gmail.com>; 'Patrick@mintztruppman.com'
<Patrick@mintztruppman.com>; 'Patrick Ball' <gator1nole@att.net>; 'nofbky@gmail.com' <nofbky@gmail.com>
**Cc:** 'Uspregioin21.mm.ecf@usdoj.gov' <Uspregioin21.mm.ecf@usdoj.gov>; 'bemtrustee@kapilaMukamal.com'
<bemtrustee@kapilaMukamal.com>; 'Wilson Gmail' <w.washington221@gmail.com>; 'The Force'
<Force@ipredator.solutions>
**Subject:** Notice of Service on Motion to Strike on FRAUD
**Importance:** High

Please find Notice of Service for Motion To Strike – Hearing Date October 8, 2015

Please find Email Thread October 7, 2015:  Proof of Abuse of Courts for Aggravated Harassment by Patrick Ball

FAX to JA Marcy Gatell (305) 714-1762

   

MOTION TO        EXHIBIT A-D
STRIKE ZIDEL A... MOTION TO HE...

Case No:  15-1585 RAM

## WWW.IPREDATOR.SOLUTIONS





Wed 11

Wed 12

www.ipredator.solutions

Case No: 15-1585 RAM

MOTION TO     EXHIBIT A-D
STRIKE ZIDEL A....  MOTION TO HE...

FAX to JA Marcy Gatell (305) 734-1762

Please find Email Thread October 7, 2015:  Proof of Abuse of Courts for Aggravated Harassment by Patrick Ball

Please find Notice of Service for Motion To Strike – Hearing Date October 8, 2015

🛈 This message was sent with High importance.

Cc    Uspregion21.mm.ecf@usdoj.gov; bentrustee@kapilaMukamal.com; 'Wilson Gmail'; The Force'

To    zabogado@aol.com; davidchonin@yahoo.com; Steven.fraser.esq@gmail.com; Patrick@mintztruppman.com; 'Patrick Ball'; nofbky@gmail.com

### Notice of Service on Motion to Strike on FRAUD

The Force <Force@ipredator.solutions>

Wed 10/7/2015 4:38 PM

Delete

Wed

🗑 Ignore  ✕
📁 Junk ▾  Delete    Reply  Reply  Forward  📑 ▾
                            All

Delete        Respond                    Quick Steps

DVR Office - Fo...
To Manager
Team Email

Move    Move

Mark Unread
Categorize ▾
Follow Up ▾

Tags

Translate
Editing

Zoom



**Devan**

**From:** Devan <Devan@planetwatch.guru>
**Sent:** Thursday, October 8, 2015 9:02 AM
**To:** 'Marcy_Gatell@flsb.uscourts.gov';
'Devan'; 'w.washington221
@gmail.com'; 'Wendell T. Locke'
**Cc:** 'jshlackman@comcast.net'
**Subject:** FW: FW: Notice of Service on Motion
to Strike on FRAUD= MITM
CORRUPTION OF COURT FILES
**Attachments:** Capture.MITMCorrupting-of-court
files. Ball-Zidell-10-7-15.JPG; 10-7-15
ATT Uverse Disconnect.jpg;
Capture.Proof of Original Transfer of
pdf court dockets MTS 10-07-15 prior
to MITM.JPG

**Importance:** High

Meet me at: www.planetwatch.guru



Dear JA Ms. Gatell;

Here is the proof of original Notice Sent to Opposing counsel prior to
them tampering with Email to deny receipt. I am on way to court now
to file original as we spoke yesterday.

Thank you
Debjit Rudra

---

**From:** Devan [mailto:Devan@planetwatch.guru]
**Sent:** Thursday, October 8, 2015 8:57 AM
**To:** 'Patrick@mintztruppman.com' <Patrick@mintztruppman.com>;
'gator1nole@att.net' <gator1nole@att.net>; 'jllewis@mdpd.com'
<jllewis@mdpd.com>; 'steven.fraser.esq@gmail.com'
<steven.fraser.esq@gmail.com>; 'ARomillo@hcnetwork.org'
<ARomillo@hcnetwork.org>; 'nyberginvestigations@gmail.com'
<nyberginvestigations@gmail.com>; 'davidchonin@yahoo.com'
<davidchonin@yahoo.com>; 'mcs@jaburgwilk.com'
<mcs@jaburgwilk.com>; 'zabogado@aol.com' <zabogado@aol.com>;
'danielfeld.esq@gmail.com' <danielfeld.esq@gmail.com>;
'Steven.fraser.esq@gmail.com <Steven.fraser.esq@gmail.com>
**Cc:** 'PublicRecords@fdle.state.fl.us' <PublicRecords@fdle.state.fl.us>;
'bemtrustee@kapilaMukamal.com' <bemtrustee@kapilaMukamal.com>
**Subject:** FW: FW: Notice of Service on Motion to Strike on FRAUD=
MITM CORRUPTION OF COURT FILES
**Importance:** High

Again. To All Addressed;

I have attached more files for your examination. Last night after
transmitting the pdf files, I wondered why my ATT Uverse at home was
disconnected. Same pattern as before, bill paid but just down as usual
for Five years when Electronic Communication is being tampered with.

**From:** force@ipredator.solutions [mailto:force@ipredator.solutions]
**Sent:** Thursday, October 8, 2015 8:14 AM
**To:** Patrick@mintztruppman.com; gator1nole@att.net; ARomillo@hcnetwork.org; nybenginvestigations@gmail.com; ramesh.nyberg@gmail.com; steven.fraser.esq@gmail.com; mcs@laburgwilk.com; jllewis@mdpd.com; zabogado@aol.com; davidchonin@yahoo.com
**Cc:** Devan <Devan@planetwatch.guru>
**Subject:** RE: FW: Notice of Service on Motion to Strike on FRAUD= MITM CORRUPTION OF COURT FILES
**Importance:** High

Meet me at: www.planetwatch.guru



So, good thing I captured the original transmission last night which shows the pdf files to include the MTS and Exhibits for this hearing. Attached above. Also attached above I took and uploaded the ATT Uverse Disconnect attempted to prevent me from this discovery and show up in Court unprepared, or with the claim that OPPOSING COUNSEL was sent all Gibberish.

So, I need to capture this. No one would go through the trouble of corrupting the files unless they Did NOT like what they saw attached on pdf. You have this on your I-phone. So you have still been served.

Regards
Dave Rudra

Directed to all Addressed – Not copied;

This morning I find that someone who must be really concerned about this hearing, went through the effort and Wireless Fraud of Tampering and replacing the court files, which included my Motion To Strike. This initiative took place once it left my server, and is called a MITM attack by use of a PROXY Server at the ISP host exchange or the Go Daddy Server.

By doing such, when the court downloads the file, it will appear all gibberish with the attachments as captured above. Let me ask you. If I am SO off-base and YOU GUYS are SO innocent. Why go through so much trouble and break Federal Laws to Keep my documents and exhibits out of Court?

Dave R



"Fear is the path to the dark side. Fear leads to anger. Anger leads to hate. Hate leads to suffering."

-------- Original Message --------
Subject: FW: Notice of Service on Motion to Strike on FRAUD
From: "Devan" <Devan@planetwatch.guru>
Date: Wed, October 07, 2015 4:45 pm
To: <Marcy_Gatell@flsb.uscourts.gov>
Cc: "The Force" <Force@ipredator.solutions>

Dear Ms Gatell:

I spoke to you this afternoon.
Please find a copy of the Motion to Strike and exhibits
for the Judge for
tomorrows hearing. In essence of time, I did not trust
my FAX. I will file
the original in the morning as suggested. Thank you for
you assistance.

FAX to JA Marcy Gatell (305) 714-1762
Case No: 15-1585 RAM
www.ipredator.solutions

Debjit Rudra

<ipredator.solutions>

---

From: The Force [mailto:Force@ipredator.solutions]
Sent: Wednesday, 7 October, 2015 4:38 PM
To: 'Zabogado@aol.com' <Zabogado@aol.com>;
'davidchonin@yahoo.com'
<davidchonin@yahoo.com>;
'Steven.fraser.esq@gmail.com'
<Steven.fraser.esq@gmail.com>;
'Patrick@mintztruppman.com'
<Patrick@mintztruppman.com>; 'Patrick Ball'
<gator1nole@att.net>;
'nofbky@gmail.com' <nofbky@gmail.com>
Cc: 'Uspregioin21.mm.ecf@usdoj.gov'
<Uspregioin21.mm.ecf@usdoj.gov>;
'bemtrustee@kapilaMukamal.com'
<bemtrustee@kapilaMukamal.com>; 'Wilson
Gmail' <w.washington221@gmail.com>; 'The Force'
<Force@ipredator.solutions>
Subject: Notice of Service on Motion to Strike on
FRAUD
Importance: High

Please find Notice of Service for Motion To Strike -
Hearing Date October 8,
2015
Please find Email Thread October 7, 2015: Proof of
Abuse of Courts for
Aggravated Harassment by Patrick Ball

Fax

ools ▾ | Help ▾

Forward    Delete   Purge   Mark as    Move to Folder   Move
                             Spam

Block Sender    Print    View Source

Detail    ☐ Entire thread                                                    Print

Notice of Service on Motion to Strike on FRAUD

Devan@planetwatch.guru>  (Add as Preferred Sender) ●

07, 2015 4:45 pm

atell@flsb.uscourts.gov>

de" <Force@iprodator solutions>



| | Size | Action(s) |
|---|---|---|
| RF.rtf | 15 m | Download |
| tachment | 1 k | Download |
| tachment | 1 k | Download |
| tachment | 1 k | Download |
| tachment | 1 k | Download |
| tachment | 1 k | Download |
| F.rtf | 1 k | Download |
| tachment | 1 k | Download |
| tarment | 1 k | Download |
| tarment | 1 k | Download |
| tachment | 1 k | Download |
| tachment | 1 k | Download |