Case No. 14-32872-RAM
Page 1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBJIT RUDRA

Case No.:  **14-32872-RAM**
Chapter 7

_____Debtor._____/

ADV. NO.: **15-1585-RAM-A**

DEBJIT RUDRA,

           Plaintiff,

vs.

JOSE L. ROSSI, RONALD UZTARIZ,
NATASHA MENDEZ, LEIDY ORDONEZ
PATRICK BALL, J.H. ZIDELL, P.A.
and LAW OFFICE OF DAVID CHONIN, P.A. et. al.,

          Defendants._____/

## SECOND AMENDED AVESARIAL COMPLAINT TO DETERMINE DISCHARGEABILITY PURSUANT TO  11 U.S.C. §523{a)

DEBJIT RUDRA ("Plaintiff '), *pro se,* the debtor in the within bankruptcy proceeding, and in support of this complaint to determine dischargeability against, Defendants, JOSE L. ROSSI, RONALD UZTARIZ, and J.H. ZIDELL, P.A

## JURISDICTION AND BACKGROUND

1.    The within bankruptcy case was commenced on October 14, 2014 (the "Petition Date"), when the Plaintiff filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code, Bankruptcy Case No. 14-32872-RAM.

2.    Debtor obtained a discharge on April 6, 2015 and his case was closed on May 8, 2015.

3.    The Honorable Court has jurisdiction over this adversary proceeding pursuant

to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. This action is commenced pursuant to Fed. R. Bankr. P. 7001.

5. This action is a core proceeding under 28 U.S.C. § 157(b)(2)(l).

## PARTIES

6. Plaintiff, DEBJIT RUDRA, *pro se,* is the debtor in the within bankruptcy proceeding.

7. Defendant, **JOSE L. ROSSI**, is an omitted pre-petition creditor of debtor and resides in Miami, Florida.

8. Defendant, **RONALD UZTARIZ**, is an omitted pre-petition creditor of debtor and resides in Miami, Florida.

9. Defendant, J..H. ZIDELL, P.A., was an inadvertently omitted pre-petition creditor of debtor and conducts business from an office in Miami Beach, Florida.

10. Defendant **Jose Rossi** c/o **J.H ZIDELL, PA** was an inadvertently omitted pre-petition creditor of debtor and conducts business from an office in Miami Beach, Florida.

11. Defendant **Ronald Uztariz** c/o J.H ZIDELL, PA was an inadvertently omitted pre-petition creditor of debtor and conducts business from an office in Miami Beach, Florida.

12. Defendant, **Leidy Ordonez**, is an omitted pre-petition creditor of debtor and resides in Miami, Florida

13. Defendant, **Natasha Mendez**, is an omitted pre-petition creditor of debtor and resides in Miami, Florida

14. Defendant **Leidy Ordonez**, was an inadvertently omitted pre-petition creditor of debtor and only address known is listed office in Miami Beach, Florida.

15. Defendant **Natasha Mendez**, was an inadvertently omitted pre-petition creditor of debtor and only address known is listed office in Miami Beach, Florida.

## CLAIM FOR RELIEF

16. Plaintiff refers to and incorporates herein by this reference each and every allegation set forth in paragraphs 1 through 15, above, as if fully set forth herein.

17. At the time of the filing of debtor's petition, debtor was indebted to creditors in the amount of plus or minus $94,151.06.

18. The debt was and is unsecured, and is not subject to any of the exceptions to discharge under 11 USC §523(a).

19. In the filing of his initial schedules, Plaintiff omitted Defendants in the initial schedules which were filed with the Court. The failure to do so was not intentional.

20. There was no distribution to creditors.

21. Discovering the omission of the debt from his schedules, Plaintiff filed a Motion to Reopen Bankruptcy Case on July 15, 2015 [D.E.]; the Court entered an Order granting the Motion on July 16, 2015 [D.E].

22. On January 16, 2016 Plaintiff amended his Summary of Schedules, Schedule F, and Creditor Matrix to include the Defendant's claim, pursuant to the Order Reopening Case to Add Omitted Creditor(s) [D.E].

## PRAYER FOR RELIEF
## AND SANCTIONS

WHEREFORE the Plaintiff, DEBJIT RUDRA, *pro se,* prays for Judgment for Sanctions and Relief as deemed proper by this court against the Defendants as follows:

(a) Removed per request of Order dated January 15, 2016.

(b) Removed per request of Order dated January 15, 2016

(c) Removed per request of Order dated January 15, 2016

(d) Declaring that the afore-mentioned debts are dischargeable and not subject to any of

Case No. 14-32872-RAM
Page 4


the exceptions to discharge under 11 U.S.C. § 523(a);

(e) Discharging the debt pursuant to section 727 of Title 11, United States Code (the

Bankruptcy Code); and

(f) To release those funds in the amount of $1,600.00 illegally and unilaterally garnished

without scheduling a hearing or notifying defendant and "Head of Household" of intent to

Garnish.

(g) Provide any and all other relief and sanctions that the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and
served electronically or by U.S. Mail on **January 16, 2016** to the parties listed on the attached
service list.

DEBJIT RUDRA, *pro se*
16915 SW 94th CT.
Palmetto Bay, FL 33157
Telephone: (786) 930-0321

By: *Debjit Rudra*

Debjit Rudra

**SERVICE LIST**

Steven C. Fraser, Esq.  for
**Jose Rossi** and
**Ronald Uztariz**
c/o **J.H. Zidell, P.A.**
300 Seventy First Street #605
Miami Beach, Florida 33141
Steven.fraser.esq@gmail.com

**Natasha Mendez**
5820 Blue Lagoon Dr. Ste 125
Miami, FL 33126
Only known address for Creditor

**Leidy Ordonez**
5820 Blue Lagoon Dr. Ste 125
Miami, FL 33126
Only known address for Creditor