UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBJIT RUDRA

Case No.: 14-32872-RAM

Chapter 7

ADV. NO.: 15-1585 RAM

_____Debtor._____/

DEBJIT RUDRA,

    Plaintiff,

vs.

JOSE L. ROSSI, RONALD UZTARIZ, NATASHA MENDEZ, LEIDY ORDONEZ, J.H. ZIDELL, P.A. DANIEL FELD, STEVEN FRASER and PATRICK BALL

    _____Defendants._____/

## AMMENDED MOTION TO ADD OMMITTED CREDITORS

### SCHEDULE F

**DEBJIT RUDRA** ("Debtor/Plaintiff"), *pro se*, the debtor in the within bankruptcy proceeding, and in support of this motion to Add Inadvertently Omitted Creditors, Zidell, David Chonin, Daniel Feld, Steven Fraser, Natasha Mendez, and Leidy Ordonez to the original bankruptcy discharge of debt or claims. Pro-Se Debtor further agrees to drop Adversarial claims against listed defendants/claimants/creditors under the terms of the Conditions are met and listed hereinbelow:

Schedule F   Creditor Matrix Attached

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of foregoing was emailed and served electronically to all parties' email addresses as provided to debtor on Motions served, and to be filed in the Courts on February 16, 2016 as directed and understood by Order Dated January 15, 2016.

RESPECTFULLY SUBMITTED

By:_____

DEBJIT RUDRA, *Pro se*
16915 SW 94th Court
Miami, Florida. 33157
786 930-0321

1 | Page

SCHEDULE F
AMMENDED SUPPLEMENTAL CREDITOR MATRIX
CASE NO: 14-32872-RAM

Attachment Filed January 16, 2016

Jose Rossi                              + or - $50,000.00
and Ronald Uztariz                      + or - $50,000.00
Steven C. Fraser, Esq.
300 Seventy First Street #605
Miami Beach, Florida 33141
nofbky@gmail.com


J.H. Zidell, P.A.                       + or - $50,000.00
300 71 St., Suite 605
Miami Beach, FL 33141

Leidy Ordonez                           + or - $50,000.00
5820 Blue Lagoon Dr. Ste 125
Miami, FL 33126
*Only available address...   Any and all original history files burned in home fire*

Natasha Mendez                          + or - $50,000.00
5820 Blue Lagoon Dr. Ste 125
Miami, FL 33126
*Only available address...   Any and all original history files burned in home fire*


Patrick Ball                            + or - $50,000.00   Has No Valid Claim or Cause of Action
9310 SW 57 Terrace
Miami, FL 33173