UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In. re<br>DEBJIT RUDRA,<br><br>Debtor.<br>_____<br><br>DEBJIT RUDRA,<br><br>Plaintiff,<br><br>vs.<br><br>Jose L. Rossi, J.H. Zidell P.A., et. al.<br><br>Defendants.<br>_____ | )<br>)  CASE NO. 14-32872-RAM<br>)  CHAPTER 7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  ADV. NO. 1585-RAM-A<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF ATTORNEY APPEARANCE**

Comes Now Defendant, J.H. Zidell, P.A., by and through undersigned counsel and hereby files Defendant's Notice of Attorney Appearance and in support thereof states as follows:

1. The undersigned, Joshua H. Sheskin. on behalf of the firm J.H. Zidell, P.A., hereby files his notice of appearance on behalf of J.H. Zidell P.A.

                                                Respectfully Submitted,

                                                J.H. Zidell, P.A.
                                                300 71st Street, Suite 605
                                                Miami Beach, Florida 33141
                                                Tel: (305) 865-6766
                                                 Fax: (305) 865-7167
                                                *Attorneys for the Defendant*

                                          By: /s/ Joshua H. Sheskin
                                        Joshua H. Sheskin, Esq.
                                        Jsheskin.jhzidellpa@gmail.com
                                        Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 25, 2016. Further, that such was served on Debjit Ruda by mail, at 16915 SW 94th Ct. Palmetto Bay, FL, 33157.

                                          J.H. Zidell, P.A.
                                          300 71st Street, Suite 605
                                          Miami Beach, Florida 33141
                                          Tel: (305) 865-6766
                                           Fax: (305) 865-7167
                                          *Attorney for the Defendant*

                                          By: /s/ Joshua Sheskin
                                          Joshua H. Sheskin, Esq.
                                          Jsheskin.jhzidellpa@gmail.com
                                          Florida Bar Number: 93028