UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In. re<br>DEBJIT RUDRA,<br><br>Debtor.<br>_____<br><br>DEBJIT RUDRA,<br><br>Plaintiff,<br>vs.<br><br>Jose L. Rossi, J.H. Zidell P.A., et. al.<br><br>Defendants.<br>_____ | )<br>) CASE NO. 14-32872-RAM<br>) CHAPTER 7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) ADV. NO. 1585-RAM-A<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ATTORNEY APPEARANCE

Comes Now Defendants, by and through undersigned counsel and hereby files Defendant's Notice of Attorney Appearance and in support thereof states as follows:

1.     The undersigned, Joshua H. Sheskin. on behalf of the firm J.H. Zidell, P.A., hereby files his notice of appearance on behalf of Defendants.

                                                                    Respectfully Submitted,

                                                                    J.H. Zidell, P.A.
                                                                    300 71st Street, Suite 605
                                                                    Miami Beach, Florida 33141
                                                                    Tel: (305) 865-6766
                                                                      Fax: (305) 865-7167
                                                                    *Attorneys for the Defendant*

                                              By: /s/ Joshua H. Sheskin
                                              Joshua H. Sheskin, Esq.
                                              Jsheskin.jhzidellpa@gmail.com
                                              Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 25, 2016. Further, that such was served on Debjit Ruda by mail, at 16915 SW 94th Ct. Palmetto Bay, FL, 33157.

                                              J.H. Zidell, P.A.
                                              300 71st Street, Suite 605
                                              Miami Beach, Florida 33141
                                              Tel: (305) 865-6766
                                              Fax: (305) 865-7167
                                              *Attorney for the Defendant*

                                              By: /s/ Joshua Sheskin
                                              Joshua H. Sheskin, Esq.
                                              Jsheskin.jhzidellpa@gmail.com
                                              Florida Bar Number: 93028