UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

DEBJIT RUDRA

**ORIGINAL**

Case No.: 14-32872-RAM

Chapter 7

ADV. NO.: 15-1585 RAM

_____Debtor._____/
        Plaintiff,

vs.

JOSE L. ROSSI, RONALD UZTARIZ, NATASHA
MENDEZ, LEIDY ORDONEZ, J.H. ZIDELL, P.A.
DANIEL FELD, STEVEN FRASER and LAW OFFICE OF
DAVID CHONIN, P.A. et Al

        _____Defendants._____/

## MOTION TO QUASH PROTECTIVE ORDER OF SUBPOENAED CRIMINAL EVIDENCE SERVED ON THIRD PARTY ARCHITECTS OF RICO ARSON WITH INTENT TO KILL

**DEBJIT RUDRA** ("Debtor/Plaintiff"), *pro se*, the debtor/plaintiff in the within bankruptcy proceeding, and in support of this motion to quash protective order sought from Third Party architect of Debtor/Plaintiff's Kidnapping, Murder For Hire, RICO induced Bankruptcy, and as summoned to support relief motions as stated hereinbelow:

On February 22, 2016 this Debtor/Plaintiff received an order denying his supplemental motion for relief, and followed up on March 2, 2016 by filing a Clarification of Motion for Relief. Evidence sought from Third Party Architect of Criminal Rico-"**Arson with Intent to Kill**" was listed in Motion as **Carlos A Gimenez**, who by abuse of his Mayoral Authority, Conflict of Interest, and for Personal Financial Gains, has been Administratively Mirco-Manipulating authority and orders demanded of all Miami-Dade county Governmental departments, agencies and municipalities; and by movants indication of Protective Order as indicated, continues to obfuscate the Due Process of Law and a Fair Court by destroying, deleting, withholding, or altering FACT to establish Fraudulent Official Record in the cover up of his racketeering and egregious crimes against the United States and its citizens.

## ANY OBJECTION FOR PROTECTIVE ORDER SOUGHT BY THIRD PARTY ARCHITECT OF THIS RICO BANKRUPTCY ARE WITHOUT MERRIT AND SHOULD BE DENIED

As a pro-se bankrupt and constitutionally violated debtor/plaintiff denied legal representation, I am challenged in the knowledge to quote Federal Rules and case Law which apply, however, by awareness of Law, in having a Business Law Background, I request this court consider the **Legal Validity** of my argument and **ultimately Justice**, as opposed to seeking **Technical disqualifications** which may be present, but have **NO VALUE** in serving Justice, but to **Mock the Judicial Integrity of United States Black Letter Law as prescribed by our Constitution**.

1 | P a g e

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1. Information and documents Sought from third party architect of RICO Bankruptcy Conspiracy is NOT PRIVILIGED OR CONFIDENTIAL material requiring protection.
2. Information and documents Sought from third party architect of RICO Bankruptcy Conspiracy of this Elected Official should be already be PUBLIC INFORMATION, but since it has been Concealed and denied under prior repeated FOIA Public Records Request, by design of racketeering and party's "Arson with Intent to Kill", should not be protected to knowingly and willfully suppress crimes against the United States by shielding the NON-PROFIT organizations used as Cash Flows by Third Party Architect of RICO and Murder For Hire/Kidnapping Public Officials appointed with the Fiduciary Responsibility of this County's Administration to its Citizens.
3. Creditors have not expressed and should have no objection for the production of said documents and information requested on the production of documents, as the Integrity of United States Law should be Honored by all Officers of the Court, and Public Officials holding the Fiduciary Requirement to Uphold our Constitutional Doctrines in serving the People.

The clarified supplement motion for relief is simply a request not to double punish this debtor/plaintiff/victim by testing the time of rebuilding credit, and to waive the standard established waiting period. This debtor plea for this court to consider granting an order for all the Credit Scoring Agencies, to reset his credit ratings to the indicator prior to 2009, where debtor was in control of his financial situation. Not considering some remedy for relief in this area would be further injustice, when bankruptcy was caused by the Abuse of Judicial Immunity of our United States Courts by the Self-Serving Financial Interests of One Corrupt Judge. Therefore, this supporting documentation for this claim is sought to establish FACT in the justification of this request.

This debtor has served subpoena on said judge and mayor as supporting evidence to allow this court to consider this request for relief and deny third party architect of Criminal RICO's Motion for Protective Order.

RESPECTFULLY SUBMITTED

DEBJIT RUDRA, *Pro se*
16915 SW 94th Court
Miami, Florida. 33157
786 930-0321

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing was emailed and served electronically to all party's email addresses and addresses, as provided to debtor on **March 4, 2016. In addition to** Mayor@miamidaede.gov and Apw1@miamidade.gov

By:_____

DEBJIT RUDRA

ENCLOSED: ATTACHMENTS OF CORRESPONDENCE AND TRANSCRIPTS OF JUDICIAL CORRUPTION

| BILLING (/BILLING/BILLING.HTML) | USAGE (/USAGE/USAGEOVERVIEW.HTML) | PLAN (/PLANS.HTML) | PHONE (/MYPHONE/MYPHONEDETAILS.HTML) | SHOP (/SHOP/SHOP.HTML) |

# Usage details

Debjit, (786) 930-0321

Feb. 14 - Current

Voice   Messaging   Data   T-Mobile purchases   Third-party purchases

All   Filter

**Total use:** 606 minutes

| Date & Time (Pacific) | Destination | Number | Min | Type |
|---|---|---|---|---|
| 03/04/2016, 03:04 PM | Miami, FL | (305) 375-5151 | 5 | — |
| 03/04/2016, 03:00 PM | Incoming | (305) 375-5151 | 3 | — |
| 03/04/2016, 02:31 PM | Incoming | (305) 575-7000 | 2 | — |
| 03/04/2016, 02:04 PM | Miami, FL | (305) 514-0318 | 5 | — |
| 03/04/2016, 02:03 PM | Miami, FL | (305) 514-0318 | 1 | — |
| 03/04/2016, 02:02 PM | Miami, FL | (305) 978-7040 | 1 | — |
| 03/04/2016, 02:01 PM | Miami, FL | (305) 978-7040 | 1 | — |
| 03/04/2016, 12:53 PM | Miami, FL | (305) 514-0318 | 1 | — |
| 03/04/2016, 12:46 PM | Miami, FL | (305) 514-0318 | 1 | — |
| 03/04/2016, 12:46 PM | Miami, FL | (305) 514-0318 | 1 | — |
| 03/04/2016, 12:36 PM | Incoming | (305) 336-6319 | 1 | — |
| 03/04/2016, 11:53 AM | Miami, FL | (786) 597-7800 | 1 | T-Mobile to T-Mobile |
| 03/04/2016, 11:52 AM | North Dade, FL | (305) 336-6319 | 1 | — |
| 03/04/2016, 11:03 AM | Incoming | (305) 575-7000 | 5 | — |
| 03/04/2016, 10:52 AM | Incoming | (305) 575-7000 | 5 | — |
| 03/04/2016, 09:44 AM | Miami, FL | (786) 597-7800 | 1 | T-Mobile to T-Mobile |
| 03/04/2016, 09:42 AM | North Dade, FL | (305) 336-6319 | 1 | — |
| 03/02/2016, 08:01 PM | Incoming | (305) 978-7040 | 3 | — |
| 03/02/2016, 07:47 PM | Incoming | (813) 313-6430 | 2 | — |

*[Handwritten annotations circling the 03:00 PM and 02:31 PM rows: "Re 980 Carlos Gimenez IBM"; "Subpoena"; "Rey to S.A. Bankruptcy Case."]*

**Devan**

| | |
|---|---|
| From: | Devan <Devan@planetwatch.guru> |
| Sent: | Friday, March 4, 2016 3:44 PM |
| To: | apw1@miamidade.gov; Aferro@miamidade.gov; mayor@miamidade.gov |
| Cc: | ExecutiveInvestigationsComplaints@fdle.state.fl.us; Devan@planetwatch.guru |
| Subject: | RE: -CALL FROM    CARLOS GIMENEZ   LEGAL COUNSEL   (305) 375-5151 |

The Caller was Specifically Worried about the Records Request for the IBM IOC SPSS agreement and specs with the County. This Information belongs to us Citizen's. I don't think Gimenez understands that he is not CASTRO ruling Cuba, but an employee paid by "We The People".

**From:** Devan [mailto:Devan@planetwatch.guru]
**Sent:** Friday, March 4, 2016 3:35 PM
**To:** 'apw1@miamidade.gov' <apw1@miamidade.gov>; 'Aferro@miamidade.gov' <Aferro@miamidade.gov>; '<mayor@miamidade.gov>' <mayor@miamidade.gov>
**Cc:** 'ExecutiveInvestigationsComplaints@fdle.state.fl.us' <ExecutiveInvestigationsComplaints@fdle.state.fl.us>
**Subject:** -CALL FROM CARLOS GIMENEZ LEGAL COUNSEL (305) 375-5151

Ms Price;

Just got a call from (305) 375-5151 on my T-Mobile cell phone 786-930-0321 at 3:00pm, a female who first purported she the Judicial Assistant was calling from the BANKRUPTCY COURTS trying to understand what I was seeking in the Subpoena served on Gimenez. With a little examination in the nature of her questioning, I suspected she was misrepresenting her title and challenged the reason for her call. She then switched roles and angrily stated that she would be SENDING ME AN ORDER QUASHING THE SUBPOENA and hung up.

I called that number back and learned it was the County Attorney's office when I was transferred back to I believe Jeanette. I sent you a copy of the Motion to Quash the protective order requested by the Judge, therefore, I will now resend the same for Gimenez. What I have summoned is Public Record but being illegally concealed by Gimenez. It is in NO WAY confidential or privileged. By the way. The receptionist still answers the phone as County Attorney Cuevas Office.



**Devan**

| | |
|---|---|
| From: | Devan <Devan@planetwatch.guru> |
| Sent: | Friday, March 4, 2016 3:13 PM |
| To: | 'Vivian Nyberg' |
| Cc: | ExecutiveInvestigationsComplaints@fdle.state.fl.us; apw1@miamidade.gov |
| Subject: | NYBERG'S Database of Dade County Resident "DEAD PEOPLE"    INDENTITYS and SOCIAL SECURITY NUMBERS   used for SECURING ELECTIONS of Paying Mayor or Judge for Open Position. |

Vivian or Rumesh???  Whoever is using the electronic Identity of Vivian, and sounds very much like Nyberg.

I recently learned that **Nyberg and Bose holds the custody of the Data-Base of all Social Security numbers and** Information **for all the DEAD PEOPLE** that were residents of Dade County.   I was told this is how they Pad Votes of the paying **Mayors** and **Judges** running for said **ELECTED positions.** I don't know how its done for judges, so perhaps you can elaborate. Boy, he really has a **Great Interest** on the **Living Dead**. This information was pertaining from the period you stated that you were his "Partner", as opposed to my ex-wife.  Recall the conversation on June 23, 2010?

Is it standard procedure for an attorney to NOMINATE a GAL, for NO REASON?  Shouldn't someone fill out and sign a Florida Form 12.981?  Or did Betilda Soto waive that for him?

In regards to your formal response below.  Correct; you had not given me the date and time to meet because you needed more assurance that I would not throw the information in Nyberg's face and cause you more agony.  I said, at this point you need not be concerned about that.

Be specific about what you have not said about Bernstein.  And please clarify then if you don't want to identify him by name; for what favor DID the NAMELESS judge owe Nyberg to Run up the TAX-PAYORS Multi-Million Dollar Bill, in the Kidnapping/Murder for Hire Rico Conspiracy?

SHIRLEY MARTINEZ:  Very Interestingly trained from a young age.  Under normal circumstances, she would have stayed fired.  However, against professional judgement and emotional duress, Shirley Martinez was professionally coached to pierce my vulnerability when they had me going in a MILLION DIRECTIONS, when recovering from Betrayal and the KIDNAPPING OF MY CHILDREN.

Do you still use the same cell phone carrier you had in 2009?  You have the same number.

Thanks
Dave

**From:** Vivian Nyberg [mailto:vjnyberg@yahoo.com]
**Sent:** Thursday, March 3, 2016 12:54 PM
**To:** Devan <Devan@planetwatch.guru>
**Subject:** Re: Murder of United States Navy Chief Steven T McCauley... "Murder For Hire" by MDPD Homicide Det. Ramesh NyBerg. $250,000.00 Assurant Life Insurance Proceeds - FOIA PRR DENIAL. of Homicide Autopsy Reports - Dade County Medical Examiner Bruce Hyma.

Mr. Rudra

1

This email from me to you regarding your recent communications to me via phone, text and now, email regarding Ramesh Nyberg as a suspect in
Steven McCauley's and my friend Belkys husbands death. First & foremost I have not agreed to meet with you. I have said never said anything of any sort regarding Judge Bernstein, I don't know how he factors in these conjectures that you are making. And as for Mary Raymond I believe it was your attorney, not mine that recommended her. Wasn't Shirley Martinez your love interest ? I don't know what your referring to something I said in 2012. Please stop asserting claims about me stating things that I've never said.
Sent from my iPhone

On Mar 3, 2016, at 10:19 AM, Devan <Devan@planetwatch.guru> wrote:

Good Morning Vivian'

When we last spoke I believe you agreed to elaborate on what you know about below? Let me know before I go today. We don't have discuss the other two. Only this one like you said.

By the way. It found was Gregory Betancourt who came up the idea for Mary Raymond to call in and put it in writing on your settlement because **Bernstein** was upset he didn't get it done the first time on **June 23, 2010**. So he had to force Nyberg into writing into his settlement and then misfiling it by using the wrong style or case number. Once again, Please don't worry about what people will say, and I promise I won't email NyBerg what you tell me.

You also told me that **Nyberg** went to **Bernstein** on this because he owed him a Favor. I would like to know what **FAVOR** was so **SECRET** for a Judge to authorize a **"Murder for Hire"** contract, and keep coming at me even after I cancelled all my Life Insurance Policies I knew about at the time. Later I found out, they had illegally assumed one of my Insurance Policies and Mandira was paying the proceeds under NyBerg's BBT account. To this date I don't know who they named beneficiary as they must have forged my signature to make them the Owner of the Policy I took out. Strange how he found out when it arrived certified at the Post Office and had Reagan Shanzer esq, go there and illegally STEAL my Subpoenaed Bank Statements to find out about my Insurance Policy the illegally took possession of.

I was reading about the Infamous LAPD William Leasure, finally caught in 1991. Alias Thrill Killer and Murderer with a Badge. It seems like an ego trip knowing NyBerg has long surpassed the number of Contracts has under his belt.

Do you know Who Is

**MICHAEL A DECARLO JR., C.P.A..,**
**P.A. (Primary Name)**

| | |
|---|---|
| Main Address: | **3300 NE 192ND STREET #1212** |
| | **AVENTURA Florida 331**; |
| County: | **DADE** |

Also, you told me in 2012 about Nyberg and Shirley Martinez. These are the things I want to discuss with you... Please let me know asap 786 930-0321, and we can schedule a location and time convenient to you. If I don't hear back from you, I will consider that either you changed your mind, or NyBerg is Breathing over you. I understand now that adopting Linea was a good strategy to build his profile.

Respectfully

*Dev-O'Jeet K. R*

www.planetwatch.guru

2

*"We are not a mere drop of water in the Mighty Ocean...*
  *But the Mighty Ocean in that Drop of Water"*

<image005.png>

**From:** Devan [mailto:Devan@planetwatch.guru]
**Sent:** Tuesday, March 1, 2016 7:48 AM
**To:** 'Hyma, Bruce A. (ME)' <BAHYMA@miamidade.gov>
**Cc:** 'Ramesh Nyberg' <nyberginvestigations@gmail.com>; ramesh.nyberg@gmail.com
**Subject:** Murder of United States Navy Chief Steven T McCauley... "Murder For Hire" by MDPD Homicide Det. Ramesh NyBerg. $250,000.00 Assurant Life Insurance Proceeds - FOIA PRR DENIAL. of Homicide Autopsy Reports - Dade County Medical Examiner Bruce Hyma....
**Importance:** High

Re:  Follow up on Public Records Request for County Medical Examiners Reports for Murder of Steve T McCauley.

Good Morning Mr. Hyma;

I have received no response from you as yet to my FOIA PRR, requesting your Final Official Cause of Death Documented for Navy Veteran **Steve Tyrone McCauley**.  I have been seeking a response since his murder, when the Investigating Officer informed me of his body floating in the canal at Miami Lakes, two months after he took out a **$250,000.00** Life Insurance Policy from **Assurant,** which provided **my company CIC Group Life at a minimal cost**.  Cause of Death I was told changed multiple times, after I first challenged you first released Cause of Death to be Drowning.  Recall what I said and his **VA RECORDS** will show, that Healthy Sailors don't drown in 4 feet of water and have No Water in their Lungs.   Just have to follow the money trail to his wife left behind.

Too many people under your watch since then have been logged as "Cause of Death-Unknown".  That is quite a high of Salary to Pay a Veteran Medical Examiner like yourself to be unable to give Family Members "Peace of Mind".   Needless to say, as a former Licensed Life and Health Agent, I know that there is No Contestability for payment Life Insurance Proceeds, when "Cause of Death" for MURDER, if you officially Declare as unknown or Accidental.    That's a Creative way to Make a Lot of Money for the Bad guys who are Contracted to kill, specifically Divorcing Couples and Alienated Senior Citizens with Large Estates and Insurances.  Quite a nice kickback for each Murder you don't close.

Note how NyBerg carved in a Strange provision that **"I would Die within 90 Days"**, into his Settlement Agreement when he was Living with my Ex-Wife.  Why would a Homicide Detective you worked with for 30 years predict A Die Hard Healthy Sailor like me would Die within 90 Days in his Divorce Settlement?

Are you going to be allowed to release your official findings to me, so I may take your notes to the VA for comparison?  If you did nothing wrong, you should have NOTHING TO HIDE.

Dave Rudra

<image006.jpg>

<Nybergs Treatening me. FB.pdf>
<NyBerg Settlement Excerpt with 90 Provision.pdf>

3

*"Everything we as human beings have created on this Planet*
*Was first created in the Mind"*

# Debjit Rudra

**SPIRITUAL INVOLUTION**

March 8, 2016

Carlos Gimenez
Stephen P. Clark Center
111 NW 1st St.
Miami, Florida. 33128

**PROCESS SERVER DELIVERED IN PERSON**

Re:   **Notice of Compliance with Demand to Purge all County Invalid Falsified Criminal Records – Fraud Investigation to tamper and delaying of Bankruptcy Court**

Dear Mr. Gimenez;

    I have navigated my way through the Miami-Dade County's chain of command in all the direct and indirect layers of your official organizational authority before approaching you directly in this letter for the second time.  By process of elimination, all roads continue leading to your role in orchestrating the ongoing organized White Collar public corruption networks, and the racketeering evolving out of Miami-Dade County, which have been targeted at me and my children.  On **January 4, 2016** I sent MDPD Commander Janet B. Lewis the enclosed Notice of Demand, requesting for her immediate compliance in restoring my Civil Rights, and to permanently remove all falsified documentation and invalid data created under your authority, to **prejudice** and falsely **criminally profile** me to the **Courts**, all **networking agencies** and through your **IBM SPSS** Network.  The same false and defamatory information used to saturate the social media in the assassination of my character, is also untrue and addressed.  Therefore, all defamatory slander also needs to be removed from all public media and blogs, such as **Mug Shots** and **Rip Off Report**, which were posted with the intent to Force me out of Town.

    This tortious campaign to discredit my credibility under the umbrella of Investigations initiated through Perjured Cause over the past six years.  As a result, the damages have been but not limited to severe alienation, emotional abuse, intrusive cyber-stalking, brought aggressive harassment, and rendered me bankrupt and unemployable, with the ultimate goal of socially engineering to **eliminate this witness** to the Extortion of Government Health-Care Funds, by forcing his incarceration or death.  My children have suffered the most, sustaining irreparable emotional scars for life.

    My original request to Janet has still been **ignored** and not yet been responded to.  Therefore, I concluded that the order of denial must be coming from the highest in the chain of command. There is no justifiable reason to violate my constitutional rights, and such denial serves neither Janet Lewis or County Attorney Price Abagail any purpose to knowingly continue these unlawful investigations where there has NEVER been CAUSE.  Additionally, all falsely perjured allegations were exceptionally cleared in 2013 by the forensic examinations of all my possessions, which were also illegally search and seized in the **cover-up investigation** following the failed Homicide attempt planned during the Arson of my home.

    This leaves yourself, along with Scott Marcus Bernstein esq, and Detective Ramesh Nyberg, responsible for abusing your official position and county resources, in the engineering of this "kidnapping, **Murder for Hire** – Racketeering Conspiracy against me since 2005.  I am providing you, as the current Mayor of this county, this final request to restore and honor everything indicated on the notice, or provide an immediate Constitutionally justification for ordering in such acts of terrorism against an honorable United States Veteran and Citizen, on our Homeland Soils.  I have been extremely patient despite my ignored pleas for justice and help, and therefore I have extended until **March 15, 2016** for you to acknowledge with an **immediate plan of corrective action** and compliance with the **NOTICE OF DEMAND** sent to MDPD

**WWW.PLANETWATCH.GURU**
15715 South Dixie Highway, Suite 403.  Miami, Florida 33157
Cell No:  (786) 930-0321 * E-Mail: Devan@Planetwatch.guru

*"Everything we as human beings have created on this Planet Was first created in the Mind"*

# Debjit Rudra

**2. SPIRITUAL INVOLUTION**

Janet Lewis on January 4, 2016, which must be completed to my satisfied inspection by NLT **March 30, 2016**. By this official notice, should you continue to ignore my rights, and this deadline and fail to respond, in addition to other responsible parties, you waive your personal indemnity, and accept Individual responsibility and ownership for the ordering these malicious acts and criminal abuse of authority, in this racketeering conspiracy.

It was also suggested to me that the most recent harassing Investigation called during **my bankruptcy** for was based out of a false allegation made from Robert Aguero in **2011** to Shirley Martinez, that I had hidden money, not reported to the **IRS**. I learned that the reintroduction of this absurd allegation to establish yet another harassing investigation during my bankruptcy, was only to engineer methods of online entrapment, discrediting me, and buy time for the Health Choice Network and the County Legal department to cover its tracks in the auditable paper trails of laundered money I brought to public awareness.

In fact, the allegations were made by Robert Aguero, one of the Health Choice Network's accountant who I found laundering money. Shirley Martinez was the employee I caught in the grand theft and payroll fraud of about $40,000 in 2012, which was covered up in mock desk investigation by **CGPD Detective Wetzel**. Since this allegation was made in 2011. Otherwise, any of the replete and falsely perjured allegations would have been exceptionally cleared in the Arson Cover-Up Investigation of 2013. In fact, Robert Aguero and Kashara Ward were witnessed and reported at the scene of the crime moments before the fire, and have yet to be interrogated as suspect for Arson.

The following tortious acts of defamatory information spread by the **IBM SPSS** intrusive electronic eavesdropping and other illegally abused **DOD intelligent resources**, have continued since certified letter to MDPD Janet Lewis was delivered to the Miami-Dade County Government, which effect my safety, well-being and my financial sustainability:

1. Denial of association by Miami Dade County Community College
2. Tampering and alteration of Medical Health Information Patient Records with the Veterans Administration
3. Approached and dissuading of every recruited potential employee for business development
4. Approached and dissuading of every potential business opportunity
5. Approached and dissuading of employment opportunity
6. Intimidating of all social contacts and services made online
7. Approached and dissuading of every **Church, Temple, place of God Worship or support group**
8. Approached and controlled all Media sources to dissuade all follow up of Public Corruptions.

Recently I learned that not only every social group I contacted to seek support, but even every **Church, Temple or place of God Worship** I have visited has been approached with bad information and advised to discourage my participation. It is frightening to learn how your **FEAR** of my rejection to join your health care money laundering network, and non-payment of the **$4,000.00 dollar a month protection money** in 2005, has avalanched into these inhume acts of **psychological** and **Stealthily** operated **Domestic Terrorism** under the camouflage of the **United States Eleventh Circuit Judicial Courts** in Miami-Dade County.

United States Navy Veteran and Citizen

Dave Rudra

*"Religion Tells You What to Think…*
*Spirituality Teaches You How to Think"*

**WWW.PLANETWATCH.GURU**
15715 South Dixie Highway, Suite 403.  Miami, Florida 33157
Cell No:  (786) 930-0321 * E-Mail: Devan@Planetwatch.guru

# FROM THE DESK OF DEBJIT RUDRA
15715 South Dixie Highway, Suite 403.   Miami, Florida 33157
www.planetwatch.guru

January 4, 2016

MDPD Police Legal Bureau Commander
Janet Brady Lewis esq, Fla Bar No: **75264**
9105 NW 25th St
Doral, Florida. 33172-1500
Miami, Florida. 33128
**Jllewis@mdpd.com**


**Certified No:  7014 1820 0000 8458 4682**


**Re:   DEMAND NOTICE TO PURGE ALL CRIMINAL PROFILING RECORDS (DEBJIT RUDRA)**
**IBM IOC Blue PALMS Predictive Analytics illegal misuse with invalid data**
**Adversarial Case Evidentiary Discovery: Case No:** 15-1585 RAM

Dear Ms. Lewis;

To qualify myself, I am a Decorated and proud United States Navy Veteran for **COMNAVAIRLANT** Logistics by the late Chief of Naval Operations, Honorable Admiral J.M. Boorda.  Following my Navy career, I went on to establish a successful, 500-employee strong Healthcare Facilities Logistics Consulting corporation for over twenty years. In my Navy portfolio, you will find that I had a classified clearance and served with the Air Boss in Primary Flight Control and (CIC), **Combat Intelligence Command** accountable for the Aviation Intelligence Components Inventory on board the **USS Saratoga CVA 60**, during the Persian Gulf War.  I am very familiar with the Department of Defense Strategic Intelligent technologies, which had been released during the Patriot Act in its ominously more advanced, microscopic development stage, and in the hands of your fleet of opportunistic, **underqualified** and **untrained** fleet of officers who I have personally experienced, using them for personal economic interests and amusing themselves when stalking unsuspecting citizens.

I am probably the most competent and qualified person in Dade-County to render these Expert Conclusions in regards to my findings of Dade-County Government Administration's organized White Collar Public Corruptions model, Extortion network, and Statistical Errors based upon my discovery of FACT, occurrences, improbable coincidences, anomalies and the entrenched culture of off-the-record practices. My extensive higher educational background encompasses DOS computer programming languages to organizational behavior and business law. In my professional Capacity, I come with over 30 years of applied psychology, statistics, financial and leadership experience.  As well I build Remedies for systemic impedances plaguing any voluminous organizational and industrial operations.  If Miami -Dade County can produce someone qualified to intelligently challenge my expertise and conclusions, I will be glad to examine his/her business model for the County and evaluate his/her diagnoses of the County's Corruption.  Being a student of the Law or a firefighter alone, does NOT qualify an individual to lead a village, let alone a County with host to many cities which serve as home base for millions of civilians.  Miami-Dade County riddles with having one of the shamefully lowest average income levels in the nation, stealing from them is Fascist tyranny in stealth.

Outside of absolute denial, the integrity of my findings and the assertion of liability cannot be factually disputed, intelligently contradicted or challenged by yourself or any ethical lawyer in any FAIR COURT OF

### 𝓕𝓡𝓞𝓜 𝓣𝓗𝓔 𝓓𝓔𝓢𝓚 𝓞𝓕 𝓓𝓔𝓑𝓙𝓘𝓣 𝓡𝓤𝓓𝓡𝓐

15715 South Dixie Highway, Suite 403.   Miami, Florida 33157
www.planetwatch.guru

LAW. However, Miami-Dade County has apparently flouted the fair Court System during Robert Cuevas's legal administration, in favor of what I would label as a Cyber-Sectarian injustice model where the outcome is decided in advance outside of the courts, and played out by the racketeers' choice of corrupted Judges. My persistent navigation to isolate source of the host virus to be the Police Lead Legal Counsel, seals the accuracy of my analysis. My only legal resource to engineer this challenge was via email. The lesson you set out to teach, shall be yours to learn. **"Writing keeps honest people HONEST."**

I am a non-lawyer, but I have done my best to research, interpret law, and address this Demand Notice as legally proper and as precise as possible, based upon information available on this matter. Considerations should be made, knowing that the majority of the evidentiary Public Records requested under FOIA, have been withheld by your choice or destroyed. I have also been electronically updating you regularly on my findings for some time. Congruently, you and your network have been strategically Non-responsive and evasive to any and all my pleas for Civil and Human Rights. However, you are up to date and well aware of the truth, but overwhelmed trying to maintain the deceptive perception of what you want other people to think. Therefore, despite the egregious retaliatory advisory decisions you have made in abuse of your Official Capacity to harm me, my children, family, friends and staff; pursuant to the Rules Established under **"The Color of Law"**, and Florida Statutes listed under **Chapter 760**, I will move straight to my demand for the remedies and compliance for your replete violations of these Laws.

You have confirmed receipt of my evidence, facts and findings of racketeering, which remain undisputed and unchallenged as I believe you are exercising the equivalent of your "Miranda Rights", and your 5th Amendment right to refrain from testimony in order to avoid self-incrimination. A right which I was deprived of on my first malicious arrest. However, one cannot intelligently deny the arrant TORTs, and the willfully, premeditated depravation of Human and civil Rights Violations you commanded in your support of the *recorded* **90 Day assassination agreement** to be carried out by your former MDPD Homicide Detective Ramesh Nyberg, "that I would Die, Be Incarcerated, Mentally Institutionalized or Bankrupt and Forced out of Town". This decision was recruited as a favor from you by your close Mentor and UM Law School Alumni, former Senator Darryl Jones esq, in 2005. It was after Hurricane Katrina when I rejected Darryl's repeated solicitations to sell **pre-paid legal** to my staff and to **falsify damages** and Launder **$1.2 million Dollars in FEMA funds** under the jurisdiction of my Logistics Contract with the County Subsidized Health Choice Network... Congruently, I also declined to pay Reginald Clyne esq, **$4,000.00** dollars per month as legal expenses NOT-REQUIRED at the time, but quoted "for the County and Police Protection Money". Therefore, the retaliation now to deny me of legal counsel when I do need them.

In 2013, after the fiery explosion of my home, intended to cremate me along with all the evidence, I scheduled a **"White Flag"** meeting with Darryl Jones esq. In that meeting with Darryl, he purported an alliance with JD Patterson to insulate you, then he requested $40,000.00 payment to cease the ongoing intrusive electronic harassment by Law Enforcement. When I declined such extortion, I was immediately maliciously arrested for Arson using a falsified arrest affidavit. In jail I compartmentalized my intelligence from emotions and began my professional logistic diagnoses of the co-mingled role and organizational structure for the County and State government, and extracted the ***modus-operandi*** of my attackers.

Since 2009, your close knit network constituents have aggressively and repeatedly organized to carry out Nyberg's 90-day contract, with the unlawful use of intelligence pooled from the On-Line Cyber-Sectarian Network's missuses of IBM Smarter Technologies, while diverting about **$9 million dollars** of my annual business to South Florida Maintenance. My ex-wife was recruited as the required Trojan catalyst to commence this attack from the inside of my "Circle of Trust" and with a **pre-meditated 911** call she paved grounds for the **parental kidnapping** of my children on **April 9, 2010**, as they were compromised to be used as the only bargaining weapon which could knock me **off-center**. Under your command, the authoring over 64 Falsified Police Reports that I know about, were generated to build a prejudicially maligning criminal profile, in concert with a campaign of On-line Character Assassination, and a heavily financed SEO to alert

Cell No: (786) 930-0321 * E-Mail: Devan@Planetwatch.guru

## *FROM THE DESK OF DEBJIT RUDRA*

15715 South Dixie Highway, Suite 403.   Miami, Florida 33157

www.planetwatch.guru

every radar in the nation the instant I go online.  Congruently, numerous undetectable mixtures of deadly-drugging incidents were covertly administered by constituents of Homicide Detective Ramesh Nyberg while I would dine in public restaurants, hoping that I would drive and become a fatality of a transparently engineered vehicular homicide.  Instead when I admitted myself into the South Miami Hospital ER due to the symptoms of covert poisoning/drugging, there was a knee-jerk panic reaction by conspirators, in a failed initiative to wrongfully Baker Act me.  Since then the on-line digital profiling using the Smarter Technologies is being used to maintain radar on me as well as the recruitment of internet predators to establish a cluster of Falsified Domestic Injunctions, followed by a Hail Mary "Arson with Intent to Kill", three malicious prosecutions, and a continuous storm of false litigations, to bleed all remaining finances and any hope to save my children and rebuild a life.  **"Because I was doing my job as an Honorable American".**

To wear at my emotional resolve, where the illegal warrants ran out, the employment of continuous cyber-stalking radar watch to harass me and tortuously interfere with my work, by the abusing of the **IBM IOC Blue PALMS** predictive analysis to create the controlled environment inaccurately predict around my on-line activity and keep me prisoner to what you have been trying to accomplish. The **IBM IOC** partnership for Smarter Cities was purchased by Carlos Gimenez, and as far as I can ascertain has been used solely to conceal and insolate all White Collar Government Public Corruptions of the Dade County Government Administration.  For over twenty years I have always paid taxes in the highest County zones, but since the 2005 incident with Darryl Jones, I have been flagged by creating **"Hot Files"** in the closed internal county system and have been DENIED all Police Services, as well Executive Mayor Carlos Gimenez has instructed all County agencies and Municipalities service providers to Stonewall me, while five-term (elected unopposed) Harvey Ruvin has appointed select clerks to tamper, alter or delete with all of my Official Records and Court Proceedings to guarantee that I do not have any legal remedies or resolve in Dade County.

To empower a career zealous but inexperienced Arnold Palmer the unaudited authority to integrate Data Packets mined by the purchase of Dade County's IBM IOC Ecosphere Predictive Analysis piloting for IBM's prototype Digital City, was a mistaken choice to have been acknowledged by IBM.  Miami-Dade County Administration and Leadership does not host or retain any ethical and educationally qualified, or competent staff, nor do they have the skill set to Administer such a complex statistical and intelligent integration of resource and technology.  **In fact, Miami it is the ONLY Major Metropolitan City in the World, which has eliminated the positions for all economists since 2008.**  An undereducated fireman with no private sector business leadership experience is not remotely qualified to run a County such as Dade-County.  The government was established to serve the private sector, not the other way around.

Most of all IBM would have been unaware of Dade-County Leadership Culture and Intentions, which have driven all resources into economic depletion, and given rise to the nation's leading White Collar Organized Public Corruptions hub for the last five years, and growing.  Yet IBM is still the developer of this product and must foresee the outcomes, under any given situation, and take corrective action when fault is identified.  With No Local Press Release by Dade-County, the only public information available to local citizens aware of this smarter technology, purported to benefit the citizens for innovation and efficiency, is published by IBM marketing.  It remains suppressed from the citizens and its use has been transferred to the MDPD, solely to bypass the Constitutional Rights of the United States Citizens, in the absence of the Patriot Act grey areas, and which you have left it completely unregulated.  Even more dangerously alarming is when I recently read about your initiative to release this technology into the unregulated civilian population, allowing them complete subjective on-line profiling under the pitch of **COPA**.  The legal accountability of any product is under the advisory jurisdiction of counsel first.

The attached pages I selected and made notes on, are a snapshot outline of the Egregious Crimes sustained because you Legally Approved the unaudited input, usage and control of false data for a piloting predictive analysis tool, and created a **Stealth Weapon** able to **inflict Terror**, on any targeted citizen.  The intended and marketed appropriate use of such data is not feasible under the logistical human resources

Cell No: (786) 930-0321 * E-Mail: Devan@Planetwatch.guru

## 𝓕𝓡𝓞𝓜 𝓣𝓗𝓔 𝓓𝓔𝓢𝓚 𝓞𝓕 𝓓𝓔𝓑𝓙𝓘𝓣 𝓡𝓤𝓓𝓡𝓐

15715 South Dixie Highway, Suite 403.  Miami, Florida 33157
www.planetwatch.guru

employed by Dade-County, as such it serves only for the personal use of your unduly privileged County Network of Lawyers and local Govt. Officials engaged in unethical and illicit actions, to conduct Crimes against the United States and its Citizens.

In my situation, the available evidence chronologically and clearly shows that beginning in 2005, a passive attack of economic espionage was agreed upon by the insertion of informants responding to ads and through local staffing agency's to assume positions of trust within my company, such as the Executive Assistant, Accounting/Finance, Payroll and most of all the IT handler.  In January of 2010 upon my discovery that it was the retired MDPD Homicide Detective in partnership with my wife (ex-wife to be) engineering the passive attacks tampering with emails to alienate my clients, it rapidly escalated to the engineering of a False Criminal Profile, followed by the voluminous array of perjured Police Reports and Violence Allegations amongst other things, which I am still not in possession of as you have avoided cooperating with Public Record requested under the **FOIA**.  As none of these allegations found their mark, Gimenez engaged IBM in a partnership to circumvent United States Law law and use the predictive analytical development of Digital City, with the intention of creating an On-Line criminal profile by entering all the unaudited unilaterally authored false documentation, and an aggressive Character Assassinating campaign to destroy me and discredit me on and off the Social Media.  IT Forensics have found the deceptive postings of FALSE ALLEGATION on Mug Shots and Rip-Off Report, are chased with an aggressive Search Engine Optimization to maintain my assassinated profile in First Place on all Search Engines.  Even though NONE of the Unilaterally entered perjured reports were audited for validity, they have illegally entered as official public record.  There is NO record of the violations of Florida Statutes **837.012, 837.021, 837.055, 837.06, 837.05** and other Federal Rules for unlawful profiling, and these invalid documents made public have permanently prejudiced me, in all Judicial and Government entities.  As well, it has destroyed my professional marketability and severed all personal relationships over the last six years.  NONE of which allegations are remotely valid.

As such, I cannot go on the internet, as I have proven to you, without be swarmed by On-Line Law-Enforcement Partners tortuously attempting to entrap me and interfering with my ability to professionally rebuild myself.  It continues to guarantee a digital ecosphere of social isolation.  Everything today is cloud based and synced, therefore your legal decisions to maintain a completely invalid digital profile in the MDPD IBM Data-Mine for predictive analytics are of malicious intent, and you leave the door open for my Ex-Wife **Mandira Bose** and her partner **Detective Ramesh Nyberg** stalk and harass me and everyone on my electronic contact list 24/7.  The cell phone stalking and eavesdropping is equally damaging and no one feels safe as they see what has happened to me.

You go further to intercept and obstruct any legal counsel I have sought, and I have been denied any legal assistance, leaving me to struggle in the Corrupt Fraud Courts my cases are assigned to by **Harvey Ruvin esq** or **Chief Judge Berlita Soto.**  In concert, the Clerk of Courts, Judicial Assistants and extorting attorney's you have had me navigated to their landing pages on-line, have bled my finances selling Empty Promises and charging unconscionable retainers, who have exploited my desperation and provided no agreements and NO INVOICES.  And now you are prolonging my bankruptcy by the recruited delays from vexatious litigants as you attempted to tamper with our On-Line QuickBooks Accounting entries.

In Conclusion, at this point regardless of whomever is actually and physically/materially committing the Wireless and Telecommunication Crimes, on top of all prior damages, I will continue holding yourself, Executive Mayor Carlos Gimenez, and Mayor Eugene Flinn personally responsible and Liable, as well as IBM for the contributory negligence for all future tort, racketeering, stalking, harassment, and any unforeseen damages due to the illegal criminal profiling, wiretapping of law-enforcement partners, and any other on-line crimes until I have a written guarantee by IBM Lead Counsel, that a complete data audit is of all citizen data packets mined and redistributed by Miami-Dade County,  and any and all negative character data on

Cell No:  (786) 930-0321 * E-Mail:  Devan@Planetwatch.guru

## *FROM THE DESK OF DEBJIT RUDRA*

15715 South Dixie Highway, Suite 403.  Miami, Florida 33157
www.planetwatch.guru

myself and my children are 100% purged from all record.  Including but not limited to all False Arrests, Domestic Violence allegations and Police Reports, Mug shots, Rip-off report or any other law-enforcement related documentation are to be completely perjured from all Public Record, outside of the highest level of the Federal Bureau of Investigation.  None of it is VALID.  My demand also includes that the success of this evolution will have to be authenticated by the FBI and Google, before release of any liability.

If I do not get a written acknowledgement indicating how and when you will begin remedy within five days, on Monday January 11, 2016 I will submit a Formal Complaint to the Florida Bar, requesting for the highest possible penalties.  I know that some of your network supporters, especially the criminal and insurance litigators with unclean hands are not in support of me, as because I have exposed this circular cultural practice of favoritism and egregious crimes.  They made that decision the first time they got involved. History is also our Future.  However, I know that the greater majority of individuals, whether they are Law Enforcement, or Lawyers who have become aware of this corruption but remain in silence out of FEAR, are looking forward that you should be addressed by the Law.  After all, the majority of Human Beings on this Planet, do NOT knowingly like participating or being blackmailed into wrongful and criminal acts against humanity, even if it benefits themselves.  I am also holding you responsible for any further retaliation against my family, friends and staff for exposing your abuse of Official as cited under **cc838.015, cc838.016, cc838.022, cc838.21 and ec104.31**.  Robert Cuevas; the de facto "God-Father" of this illicit network should be kept under surveillance.

The IBM IOC predictive analysis technologies Ipso-Facto in itself is not a weapon of terror.  It is the user's intention behind it that can use it as one.  In fact, if used correctly, it can be the most valuable tool for any Leadership Administration.  However, the intention of Dade-County Current Administrative Leadership is based upon the financial greed of select individuals and is malignant to the well-being of the community.  Since no one exists separate from the community as a whole, even those who believe they are benefiting from their corrupt activities are creating hazards for themselves and fostering psychological and spiritual sickness for themselves and others.


Regards

*Debjit Rudra*

**DAVE RUDRA**
USN Veteran and Healthcare Forensic Logistics Consultant
www.planetwatch.guru


Cc:
Michelle H. Browdy  IBM Lead Counsel
Governor Rick Scott
Senator Bill Nelson
Senator Marco Rubio
Abigail Price-Williams.  Miami-Dade County Counsel
Jose Rivero  MDPD ITSB
Linda Kearson.  Eleventh Circuit Judicial Court Administrative Counsel


Cell No:  (786) 930-0321 * E-Mail: Devan@Planetwatch.guru